(INND Rev. 4/24)

page 1


-FILED-
JUN 14 2024

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

LINDA . C. CHASE
_____ ,

[You are the PLAINTIFF, print your full name on this line.]

v.

ST. JOE COMPANY / SJSA LLC
_____ ,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____ 2:24CV205 ___

[For a new case in this court, leave blank.
The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] REGISTERED AGENT: ELIZABETH J. WALTERS ST. JOE COMPANY / SJSA LLC | 130 JACKSON BLVD STE 200 PANAMA CITY BEACH, FL 32407 |
| 2 | [Put the names of any other defendants in these boxes.] CARMEN WORLEY SR. VICE PRESIDENT | 2740 ZELDA ROAD STE 3A MONTGOMERY AL 36106 |
| 3 | MARY MATOS-WEATHERS PROPERTY MANAGER | 4800 NORTH STAR AVE OFFICE OR UNIT A 1106 PANAMA CITY, FL 32404 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ___3___

2. What is your address? 16 LOCUST ST., HAMMOND, IN 46324

3. What is your telephone number: (219) 201-6022

4. Have you ever sued anyone for these exact same claims?

○ No.

⊙ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

4.) I FILED A FAIR HOUSING COMPLAINT WITH HUD ON 07/24/2023. THE INQUIRY # IS 938851 + THE HUD CASE NUMBER IS 04-23-5520-8. THE COMPLAINT WAS REFERRED TO THE FLORIDA COMMISSION ON HUMAN RELATION FCHR CASE # 202426029. ON OR AROUND SEPTEMBER 13, 2023.
FCHR DISMISSED THE CASE ALLEGING THAT I FAILED TO PROVIDE PROOF OF DISABILITY / SIGNING AN AUTHORIZATION, AND I WAS PROVIDED A PETITION FOR RELIEF TO APPEAL TO THE DIVISION OF ADMINISTRATIVE HEARINGS (DOAH) I DID NOT APPEAL DUE TO FEDERAL LAWS SUPERSEDING STATE STATUTES.
PLEASE REFERENCE DOAH CASE 23-004297, LINDA CHASE VS ARBOR PROPERTIES DEVELOPMENT, INC.

(INND Rev. 4/24)                                                                                   page 2

# CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON 07/24/2024 I FILED A COMPLAINT WITH HUD (INQ #738851) CASE 04-23-5520-8 AGAINST THE ST. JOE COMPANY/STJSA, LLC & ITS AGENTS/EMPLOYEES FOR VIOLATING TITLE VIII, SEC 804 OF THE CIVIL RIGHTS ACT OF 1968 WHEN I WAS REFUSED REASONABLE ACCOMMODATIONS FOR BEING DISABLED. PLEASE SEE EXHIBIT A, PAGES 1-5. PAGES 4+5 ARE PROOF THAT I AM DISABLED.

② PLEASE SEE EXHIBIT 1, pages 1-19. Page 4 is "STATEMENT OF RENTAL POLICY." ITEM 4 ADDRESSES CREDIT REPORTING. @ CREDIT WILL BE JUDGED ON A SCORING SYSTEM BY REALPAGE, INC. ITEM 6 ADDRESSES SECURITY DEPOSITS, AND ITEM 10 ADDRESSES EQUAL HOUSING OPPORTUNITY TITLE VIII, SEC 804 OF THE CIVIL RIGHTS ACT OF 1968. PAGE 4 WAS SIGNED ON 10/11/2022 BY ME, LINDA CHASE & MY HUSBAND, LAWRENCE CHASE. Pages 17+9 ARE THE SIGNED AUTHORIZATIONS FOR OUR APPLICATION FEES OF $100 paid on 10/11/2022. PLEASE READ THE HANDWRITTEN COMMENTS. AFTER LEARNING THAT WE WERE CHARGED A $1490 DEPOSIT, (Pg. 18), I EMAILED MANAGER MARY MATOS-(WEATHERS) ON 10/06/2022, EXHIBIT 6, p. 1, requesting reasonable accommodation in the rental policy. MARY'S RESPONSE PER OUR POLICY, YOUR APPLICATION (See Page 3)

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

(2 CONT.) SCREENING CAME BACK AS APPROVED WITH CONDITIONS... J. IF WE DEVIATE FROM THIS POLICY, WE WOULD HAVE TO COMPLETELY REVISE OUR SCREENING POLICY.... I HAVE ALSO ATTACHED THE INFORMATION FOR THE SCREENING TO THIS EMAIL FOR YOU WHICH IS PAGE 4 OF EXHIBIT 1. PLEASE SEE Pgs 5-6. MANAGER MATOX (WEATHERS) VIOLATED THE POLICY WHEN SHE USED LEASING DESK AS OPPOSED TO REAL PAGE (P.4 item #4). SHE ALSO VIOLATED ITEM #10 EQUAL HOUSING OPPORTUNITY. PLEASE SEE Pgs 8 + 12(a) MY EQUIFAX CREDIT REPORT INQUIRY. LEASING DESK LISTS EQUIFAX AS THE CREDIT REPORTING AGENCY, BUT LEASING DESK IS NOT LISTED ON MY EQUIFAX CREDIT REPORT. PLEASE SEE EXHIBIT 1, p.9. ON OUR LEASING AGREEMENT, WE DID NOT AGREE TO LIQUIDATED DAMAGES (A DEPOSIT). MARY SIGNED THIS PAGE ON 10/28/2022 + WE SIGNED IT 10/29/2022. WE WERE SUPPOSED TO TAKE POSSESSION OF THE APARTMENT ON 10/28/2022, BUT MARY MATO,S CHANGED THE DATE. PLEASE SEE PAGE 19, EXHIBIT 1.

(3) PLEASE SEE EXHIBIT 1, p.10, AN EMAIL DATED 11/07/2022 FROM CARMEN WORLEY, VICE PRESIDENT. MS WORLEY TRIES TO JUSTIFY THE ADDITIONAL $1240 DEPOSIT AMOUNT + REFERS ME TO ~~EXHIBIT~~

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                                                            page 2

# CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

③ CONT. AND PROVIDED ME A COPY OF PAGE 4 (EXHIBIT 1) V.P. WORLEY WROTE, "MARY IS DOING EXACTLY WHAT SHE WAS TRAINED TO DO." AGAIN PLEASE READ EXHIBIT 1, page 4 ITEMS #4 & #10. LEASING DESK IS NOT THE CREDIT REPORTING AGENCY THAT'S USED (AND) TITLE VIII, SECTION 804 OF THE CIVIL RIGHTS ACT OF 1968 IS THE LAW. I AM DISABLED ACCORDING TO THE SOCIAL SECURITY ADMINISTRATION ALJ DAVID HERMAN. PLEASE SEE EXHIBIT A pages 4 & 5. I MUST BE REASONABLY ACCOMMODATED IN RULES, POLICIES, ETC. ST. JOE/SJSA ITS AGENTS/EMPLOYEES FAILED TO REASONABLY ACCOMMODATE ME AS I WROTE IN MY REASONABLE ACCOMMODATION REQUEST. EXHIBIT 1, page 1, I EXPLAINED THAT MY SCORE WAS BETWEEN 651-657 & HAD FALLEN DUE TO LOSS OF INCOME BECAUSE I AM DISABLED. I ALSO ADDED THAT I WAS A VICTIM OF IDENTITY THEFT, ANOTHER AD-VERSE AFFECT ON MY CREDIT. I ASKED TO BE REASONABLY (SEE p.5) ACCOMMODATED CITING MY RENTAL HISTORY SINCE MAY/JUNE 2015. SINCE I NEVER AUTHORIZE THE ADDITIONAL #1240, I DISPUTED THE CHARGE WITH THE CREDIT CARD COMPANY. PLEASE SEE EXHIBIT 1, p 13-16. Page 13 IS THE RENTAL VERIFICATION PROVIDED WITH A V.P. WORLEY EMAIL (p.16). PLEASE SEE MY

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

(3 cont) RESPONSE. THE VERIFICATION WAS ACTUALLY MORE THAN SATIS-FACTORY. PLEASE READ THE EMAIL COMMUNICATION, EXHIBIT 1 pages 14-15. NOT ONLY AM I NOT REASONABLY ACCOMMODATED BASICALLY TOLD THAT I WOULD BE EVICTED. PLEASE EXHIBIT 1 p16, Last paragraph + handwritten notes. PAGE 19 IS MY AUTHORIZATION FOR PRORATED RENT (Oct) + Nov. RENT. PLEASE COMPARE p. 19 with pages 17 + 18.

④ PLEASE SEE EXHIBIT 2, MY EMAIL DATED JAN 23, 2023. I INFORMED MARY MATOS (WEATHER) OF HAVING INTERNET ISSUES + ASKED TO BE REASONABLE ACCOMMODATED (REIMBURSED) FOR NOT HAVING SERVICE. I ALSO INFORMED HER THAT OUR RING SCANNER, WHICH IS OPERATING WHEN THE INTERNET IS OPERABLE, WAS OFF LINE. PLEASE SEE P.2, THE EMAIL DATED FEB 1, 2023. I INFORMED Property MGR MARY MATOS (WEATHERS) OF INTERNET CONNECTIVITY ISSUES AND ASKED IF OTHER TENANTS WERE HAVING CONNECTIVITY ISSUES. PLEASE READ MGR MATOS (WEATHERS) REPLY/EMAIL DATED 02/02/2023. I UNDERLINED THE POINTS OF INTEREST. ① NO ONE, TO HER KNOWLEDGE, IS HAVING ISSUES. ② MY MODEM MIGHT NEED TO BE REPLACED, + ③ I WILL GET BACK TO YOU REGARDING A CONCESSION AS SOON AS POSSIBLE.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.**

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT: Include the names of minors, social security numbers, or dates of birth.**

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

(4 Cont.) PLEASE SEE EXHIBIT 2, pages 3-4(e). THE MODEM WAS REPLACED ON 03-01-2023, AND I WAS PROMPTED BY GOD TO TAKE A PICTURE OF THE BOTTOM OF THE MODEM, p.4. THE MODEM IS GATEWAY WITH EMBEDDED DIGITAL VOICE ADAPTERS + HAS A PRE-SHARED KEY. PAGES 4(a)-4(e) EXPLAINS "GATEWAY WITH EMBEDED DIGITAL VOICE. BASICALLY MY MODEM WAS WIRED. MY TELEPHONE WAS WIRED, TOO. PLEASE SEE Page 4(f). I ASKED THE NEIGHBOR FOR UNIT 10206 TO TAKE A PICTURE OF THE BOTTOM OF HER MODEM. PLEASE NOTE, THERE IS NO (PSK) PRE-SHARED KEY + THE MODEM FOR 10206 HAS A USERNAME + PASSWORD. MY MODEM THAT WAS REMOVED ON 03/01/2023 HAS NEITHER. ALSO NOTE, THAT PAGES 4, +4(f) thru 5(f) page 9 ARE DATE STAMPED RECEIVED ON 11/01/2023 BY FLORIDA COMMISION ON HUMAN RELATIONS (FCHR). Pgs.4(g)-5(a) EXPLAINS THAT ALL WI-FI ENABLE DEVICES ARE BEING SHARED Page 1. (SEE THE ASTERISK + ARROW AT THE BOTTOM OF THE PAGE) CLEARLY SHOWS THAT MY COMPUTER IS HACKED! PLEASE READ pages 7-8, AFTER I LEARNED MY MODEM THAT WAS IN MY UNIT FROM 10/29/2022 THRU 03/01/2022, I EMAILED PROPERTY MANAGER

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

      **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

      **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

4.(cont.) MARY MATOS (WEATHERS) ON 04/13/2023 WITH ANOTHER REASONABLE ACCOMMODATION. I WROTE, "WE DON'T WANT ANYONE IN THE APARTMENT WHILE WE ARE ABSENT, THANK YOU. P.8 IS MARY MATOS (WEATHERS) AGREEING TO MY REASONABLE ACCOMMODATION REQUEST. PLEASE READ PAGE 8, EMAILS DATED 05/25/2023. OUR RING SCANNER IS WORKING PROPERLY BECAUSE THE PRE-SHARED KEY MODEM WAS REPLACED ON 03/01/2023. I WROTE IN MY EMAIL DATED 05/25/2023, "OUR RING SCANNER REVEALED MAINTENANCE ENTERED OUR APARTMENT. PLEASE MAKE SURE PAGE 9 IS READ IN ITS ENTIRETY.

5. PLEASE SEE EXHIBIT 3, pages 1-6. PROPERTY MGR. MARY MATOS (WEATHERS) TRIES TO JUSTIFY WHY SHE FAILED/NEGLECTED MY REASONABLE ACCOMMODATION REQUEST MADE ON APRIL 13, 2023. MGR MATOS ALLEGED THAT NOTICES WERE LEFT ON DOORS. ADDITIONALLY, I INFORMED MS. MATOS WE NEVER RECEIVE AN EMAIL NOTIFICATION. CONCERNING THE FILTER CHANGES. I ALSO ASKED FOR NORTH BAY'S POLICY ON ENTERING A TENANT'S UNIT WHEN NO ONE IS PRESENT. PLEASE

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                    page 3

## Claims and Facts (continued)

SEE PAGE 6 OF EXHIBIT 3. I SEARCHED MY EMAILS TO ASCER-
TAIN IF A NOTIFICATION EMAIL WAS SENT CONCERNING THE
FILTER CHANGE. NO EMAIL NOTIFICATION WAS SENT

## RELIEF – If you win this case, what do you want the court to order the defendant to do?

I AM REQUESTING THE DEFENDANTS TO REVEAL MY CREDIT RATING
OBTAINED BY REAL PAGE, WHO PROVIDED THE EQUIFAX REPORT THAT
SAID MY DEPOSIT SHOULD INCREASE BY $1240, AND A MONETARY
SETTLEMENT IN THE AMOUNT OF $20,000,000.

## FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. *[If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]*

● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

*[Initial Each Statement]*

___✓___ I will keep a copy of this complaint for my records.

___✓___ I will promptly notify the court of any change of address.

___✓___ I declare **under penalty of perjury** that the statements in this complaint are true.

_Linda Chase_____     _06/13/2024_____
Signature                                                              Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*