EXHIBIT. A, 5pp

(1)



**U.S. DEPARTMENT OF JUSTICE**
CIVIL RIGHTS DIVISION



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
OFFICE OF FAIR HOUSING AND EQUAL OPPORTUNITY

*Washington, D.C.*
*May 17, 2004*

## JOINT STATEMENT OF
### THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
### AND THE DEPARTMENT OF JUSTICE

### *REASONABLE ACCOMMODATIONS UNDER THE FAIR HOUSING ACT*

### Introduction

The Department of Justice ("DOJ") and the Department of Housing and Urban Development ("HUD") are jointly responsible for enforcing the federal Fair Housing Act[1] (the "Act"), which prohibits discrimination in housing on the basis of race, color, religion, sex, national origin, familial status, and disability.[2] One type of disability discrimination prohibited by the Act is the refusal to make reasonable accommodations in rules, policies, practices, or services when such accommodations may be necessary to afford a person with a disability the equal opportunity to use and enjoy a dwelling.[3] HUD and DOJ frequently respond to complaints alleging that housing providers have violated the Act by refusing reasonable accommodations to persons with disabilities. This Statement provides technical assistance regarding the rights and obligations of persons with disabilities and housing providers under the Act relating to

---

[1]   The Fair Housing Act is codified at 42 U.S.C. §§ 3601 - 3619.

[2]   The Act uses the term "handicap" instead of the term "disability." Both terms have the same legal meaning. *See* Bragdon v. Abbott, 524 U.S. 624, 631 (1998) (noting that definition of "disability" in the Americans with Disabilities Act is drawn almost verbatim "from the definition of 'handicap' contained in the Fair Housing Amendments Act of 1988"). This document uses the term "disability," which is more generally accepted.

[3]   42 U.S.C. § 3604(f)(3)(B).



reasonable accommodations.[4]

## Questions and Answers

### 1. What types of discrimination against persons with disabilities does the Act prohibit?

The Act prohibits housing providers from discriminating against applicants or residents because of their disability or the disability of anyone associated with them and from treating persons with disabilities less favorably than others because of their disability. The Act also makes it unlawful for any person to refuse "to make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford person(s) [with disabilities] equal opportunity to use and enjoy a dwelling."[6] The Act also prohibits housing providers from refusing residency to persons with disabilities, or placing conditions on their residency, because those persons may require reasonable accommodations. In addition, in certain circumstances, the Act requires that housing providers allow residents to

_WHY WAS I CHARGED AN ADDITIONAL #1240 DEPOSIT._

---

[4]    Housing providers that receive federal financial assistance are also subject to the requirements of Section 504 of the Rehabilitation Act of 1973.  29 U.S.C. § 794.  Section 504, and its implementing regulations at 24 C.F.R. Part 8, prohibit discrimination based on disability and require recipients of federal financial assistance to provide reasonable accommodations to applicants and residents with disabilities.  Although Section 504 imposes greater obligations than the Fair Housing Act, (*e.g.*, providing and paying for reasonable accommodations that involve structural modifications to units or public and common areas),  the principles discussed in this Statement regarding reasonable accommodation under the Fair Housing Act generally apply to requests for reasonable accommodations to rules, policies, practices, and services under Section 504.  *See* U.S. Department of Housing and Urban Development, Office of Public and Indian Housing, Notice PIH 2002-01(HA) (www.hud.gov/offices/fheo/disabilities/PIH02-01.pdf) and "Section 504: Frequently Asked Questions," (www.hud.gov/offices/fheo/disabilities/ sect504faq.cfm#anchor272118).

[5]    The Fair Housing Act's protection against disability discrimination covers not only home seekers with disabilities but also buyers and renters without disabilities who live or are associated with individuals with disabilities  42 U.S.C. § 3604(f)(1)(B), 42 U.S.C. § 3604(f)(1)(C), 42 U.S.C. § 3604(f)(2)(B), 42 U.S.C. § (f)(2)(C).  *See also* H.R. Rep. 100-711 – 24 (reprinted in 1988 U.S.C.A.N. 2173, 2184-85) ("The Committee intends these provisions to prohibit not only discrimination against the primary purchaser or named lessee, but also to prohibit denials of housing opportunities to applicants because they have children, parents, friends, spouses, roommates, patients, subtenants or other associates who have disabilities."). *Accord*: Preamble to Proposed HUD Rules Implementing the Fair Housing Act, 53 Fed. Reg. 45001 (Nov. 7, 1988) (citing House Report).

_MY HUSBAND_

[6]    42 U.S.C. § 3604(f)(3)(B).  HUD regulations pertaining to reasonable accommodations may be found at 24 C.F.R.  § 100.204.

*OUR RING CAMERA WAS INOPERABLE FOR DAYS!!!*
*DUE TO THE INTERNET NOT WORKING.*

make reasonable structural modifications to units and public/common areas in a dwelling when
those modifications may be necessary for a person with a disability to have full enjoyment of a *WHY*
dwelling.[7]  With certain limited exceptions (*see* response to question 2 below), the Act applies to *WAS*
privately and publicly owned housing, including housing subsidized by the federal government or *THERE*
rented through the use of Section 8 voucher assistance.   *A VOICE*
*ACTIVATED*
### 2. Who must comply with the Fair Housing Act's reasonable accommodation *MODEM* *WE*
requirements?   *NEVER* ?
*REQUESTED*
Any person or entity engaging in prohibited conduct – *i.e.*, refusing to make reasonable *IT.*
accommodations in rules, policies, practices, or services, when such accommodations may be
necessary to afford a person with a disability an equal opportunity to use and enjoy a dwelling – *IT.*
may be held liable unless they fall within an exception to the Act's coverage.  Courts have
applied the Act to individuals, corporations, associations and others involved in the provision of
housing and residential lending, including property owners, housing managers, homeowners and
condominium associations, lenders, real estate agents, and brokerage services.  Courts have also
applied the Act to state and local governments, most often in the context of exclusionary zoning
or other land-use decisions. *See e.g.*, City of Edmonds v. Oxford House, Inc., 514 U.S. 725, 729
(1995); Project Life v. Glendening, 139 F. Supp. 703, 710 (D. Md. 2001), aff'd 2002 WL
2012545 (4th Cir. 2002).  Under specific exceptions to the Fair Housing Act, the reasonable
accommodation requirements of the Act do not apply to a private individual owner who sells his
own home so long as he (1) does not own more than three single-family homes; (2) does not use
a real estate agent and does not employ any discriminatory advertising or notices; (3) has not
engaged in a similar sale of a home within a 24-month period; and (4) is not in the business of
selling or renting dwellings.  The reasonable accommodation requirements of the Fair Housing
Act also do not apply to owner-occupied buildings that have four or fewer dwelling units.

### ✗ 3. Who qualifies as a person with a disability under the Act?

The Act defines a person with a disability to include (1) individuals with a physical or
mental impairment that substantially limits one or more major life activities; (2) individuals who
are regarded as having such an impairment; and (3) individuals with a record of such an
impairment.   *Social Security DISABILITY*
*See*
The term "physical or mental impairment" includes, but is not limited to, such diseases *p. 4*
and conditions as orthopedic, visual, speech and hearing impairments, cerebral palsy, autism,
epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, Human
Immunodeficiency Virus infection, mental retardation, emotional illness, drug addiction (other
than addiction caused by current, illegal use of a controlled substance) and alcoholism.

---

[7]      This Statement does not address the principles relating to reasonable modifications.  For
further information see the HUD regulations at 24 C.F.R. § 100.203.  This statement also does
not address the additional requirements imposed on recipients of Federal financial assistance
pursuant to Section 504, as explained in the Introduction.



**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| IN THE CASE OF | CLAIM FOR |
|---|---|

**IN THE CASE OF**

Linda Mabry Chase
(Claimant)

(Wage Earner)

**CLAIM FOR**

Period of Disability and Disability Insurance
Benefits

3▆▆▆▆▆▆

(Social Security Number)

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated March 30, 2021 (Exhibit 7B).
The evidence of record supports a fully favorable decision; therefore no hearing has been held
(20 CFR 404.948(a)).

The claimant is alleging disability since December 28, 2018.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1.   **The claimant's date last insured is June 30, 2025.**

2.   **The claimant has not engaged in substantial gainful activity since December 28, 2018,
the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

The claimant's Social Security earnings record reflects $56,323.00 in fiscal 2019 and $10,865.44
in fiscal 2020 (Exhibit 15D/3). However, the claimant's United States Postal Service (USPS)
earnings and leave documents demonstrate the 2019 earnings are a function of accrued sick and
other leave, and the 2020 earnings are likely a function of a payment error during a period which
she was not working and in leave without pay (LWOP) status (Exhibit 16E). As such, viewing
the evidence in the light most favorable to the claimant, the undersigned finds that earnings
posted to her Social Security earnings records after the alleged onset date are a function of
accrued sick and other leave, or payment error, not substantial gainful activity (SGA) (Exhibits
12D through 15D compared to 16E).

3.   **The claimant has the following severe impairments: hypertension; cervicalgia; obesity;
depression; and anxiety (20 CFR 404.1520(c)).**

These impairments are established by the medical evidence and are "severe" within the meaning
of the Regulations because they significantly limit the claimant's ability to perform basic work

See Next Page



Linda Mabry Chase (BNC#: 21XA154D71783)                    Page 7 of 7

8.   **The claimant has at least a high school education (20 CFR 404.1564).**

The claimant reported to Social Security personnel that she completed the 12th grade and subsequently completed 4 or more years of college (Exhibit 2E/3).

9.   **The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

10.  **Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

Even if the claimant had the residual functional capacity for the full range of light work, a finding of "disabled" would be directed by Medical-Vocational Rule 202.06.

11.  **The claimant has been under a disability as defined in the Social Security Act since December 28, 2018, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on December 23, 2019, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since December 28, 2018.

The claimant applied for workers' compensation benefits and/or FERS disability benefits on or about December 31, 2019; however, it appears based on the record that such benefits were denied initially and upon appeal (*See* Exhibits 3D; 4D; 5D; 6D; 11D). Accordingly, workers' compensation offset provisions at 20 CFR 404.408 may not be applicable.

/s/ *David Herman*
_____
David Herman
Administrative Law Judge

October 25, 2021
_____
Date

*[handwritten: NORTH BAY LANDING APARTMENTS  EXHIBIT 1  23 pgs]*
*[handwritten: FCRA (FAIR CREDIT REPORTING ACT.  (P. 1 (23)]*

M **Gmail**

Linda Chase <lindachase58@gmail.com>

## Deposit for unit 1206 & the Fair Credit Reporting Act

6 messages

*[handwritten: HERES THE EMAIL REQUESTING REASONABL ACCOMMODATION]*

**Linda Chase** <lindachase58@gmail.com>                    Wed, Oct 26, 2022 at 2:29 PM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Good afternoon Mary,

As discussed today, I would like for North Bay Landing to reconsider the rental deposit that was required for us to lease. Please see the attached 5 pages. The first three attachments are my Experian Credit score. January 20, 2019, my score was 697, but it dropped due to my loss of income due to being disabled. At the time we submitted our leasing application to North Bay Landing, my score was between 651-667. I am not certain when North Bay Landing pulled my & my husband's credit report since I never was notified that it was pulled by North Bay. Experian & other credit report agencies notify you when you credit is pulled. I have an account with Experian due identity theft, and Experian never notified me that North Bay Landing did an inquiry. I can provide proof if necessary.    *[handwritten: PLA FAIR CREDIT ACT.]*
The last page is from Social Security Administration approving my disability which is covered under the Americans with Disabilities Act. I became disabled 12/28/2018. I was approved for Social Security Disability November 6, 2021, and my payments were paid retroactively. As I informed you today, with the loss of income, I paid the essentials.Title VIII of the Civil Rights Act/Fair Housing Act also addresses reasonably accommodating Americans with disabilities as it relates to housing. As a matter of fact, when we purchase our home in Indiana, HUD financed us, and informed us of our rights under the Fair Credit Reporting Act. I have attached a copy for your or whoever made the decision to approve us with modification, the $1490 deposit. HUD also informed us that medical conditions could not be held against us as it relates to housing, and that we have a right to know who reported negatively against us in addition to receiving a letter letting us know who pulled our credit report. FYI, we never received anything letting us know that North Bay pulled our report; therefore, I need a copy of what was used to determine the deposit. My current landlord told me she gave me a good review as I pay my rent on time. As a matter of fact, I have rented in Panama City since May/June 2015, and again, my rent was paid on time with the exception of the Pandemic. I got behind just as others, and not only did I catch my rent up but I also paid it up for several months in advance. I have never been evicted for non-payment or anything. I have proof of everything that I have written. Please provide me the name of the credit reporting agency because I need to add my proof of why my score has been negatively affected.
FYI, in 2019, I tried to add my son to my lease, but couldn't. The apartment complex not only provided him the name of the reporting agency but told him that there was a felony on his record. I will stop by tomorrow to get the information, thanks for you immediate attention to my concerns.
Just a reminder, we will be in Friday to pay our prorated rent, thanks

[?]
[?]
[?]
[?]
[?]

**North Bay Landing MANAGER** <manager@northbaylandingapartments.com>          Wed, Oct 26, 2022 at 5:36 PM
To: Linda Chase <lindachase58@gmail.com>

*[handwritten: X MARY'S RESPONSE TO MY REASONABLE ACCOMMODATION REQUEST CONTINUED ON Page 3]*

Hi Linda,

I understand that you are concerned with your credit score however our decision is based off risk factors (income, debt to income ratio, credit, etc.) and not solely based off a credit score alone. Per our policy your application screening came back as approved with conditions, which requires one month rent as a deposit. I understand that moving is expensive however the good news is that the security deposit is returned once your final account statement is completed at move out.



# Chase Credit Journey

 AT&T 📶    3:54 PM    🔋 98% 🔋

 2(a)

# Chase Credit Journey

( Credit )    Alerts **132**    Offers ⭐    **•••**



powered by
**:experian**

See score history >

660

720

780

**667**
Fair

300                                     850

Next update: Nov 01, 2022  |  based on VantageScore® 3.0  (i)



**WELCOME BACK**

Your score hasn't
changed since the last
time we checked.

You have **132** unread

See details >

📶 AT&T 🛜              1:31 PM              ✈ 🔋 52% 🔋

Close



Close

# Score over time



| | 850 |
| | 780 |
| | 720 |
| | 660 |
| | 300 |

May   Jun   Jul   Aug   Sep   Oct

## Prior score history

| Date | Change | Score |
| --- | --- | --- |
| October 25, 2022 | — | 667 |
| October 17, 2022 | — | 667 |
| October 17, 2022 | +15 | 667 |
| October 10, 2022 | +1 | 652 |
| October 9, 2022 | — | 651 |
| October 1, 2022 | +4 | 651 |



# Credit Reporting Act (FCRA)

- You must be notified if a credit or consumer report has been used against you – if you have been denied credit, housing, employment, or anything else due to information found in your credit report, background check, or any kind of employment screening, those using the information must tell you, and they must give you the name, address, and phone number of the agency that provide them with the information. *LEASING DESK*

I WAS NEVER NOTIFIED UNTIL I RAISED THE QUESTION ABOUT THE ADDITIONAL DEPOSIT.

*NEVER PULLED OUR/MY CREDIT.*

- You are entitled to a copy of your file – you can request a copy of your file from any credit reporting or consumer reporting agency. You will need proper identification to do so. You may also be entitled to a fi disclosure if the information in t wa Cookie Settings u, you have

*LEASING DESK DOESN'T SHOW ON AS AN INQUIRY*

💬 Chat

 Gmail

Linda Chase <lindachase58@gmail.com>



## Deposit for unit 1206 & the Fair Credit Reporting Act

**North Bay Landing MANAGER** <manager@northbaylandingapartments.com>
To: Linda Chase <lindachase58@gmail.com>

Wed, Oct 26, 2022 at 5:36 PM

Hi Linda,

I understand that you are concerned with your credit score however our decision is based off risk factors (income, debt to income ratio, credit, etc.) and not solely based off a credit score alone. Per our policy your application screening came back as approved with conditions, which requires one month rent as a deposit. I understand that moving is expensive however the good news is that the security deposit is returned once your final account statement is completed at move out. Unfortunately, we can not change the required deposit amount as anyone who is approved with conditions is required to pay one month's rent as a deposit and if we deviated from this policy, we would have to completely revise our screening policy for everyone. I have also attached the information for the screening to this email for you.



[Quoted text hidden]
Chase.pdf



**WATERSOUND**
*Management*

# STATEMENT OF RENTAL POLICY

Thank you for choosing an apartment home managed by Watersound Management. In order for someone to establish residency within our community, we require that each applicant meet certain criteria. Before you apply to rent an apartment, please take a moment to review and sign our rental policy.

**1.) Occupancy Guidelines:**

One Bedroom - **2 Occupants Maximum**
Two Bedroom – **4 Occupants Maximum**
Three Bedroom – **6 Occupants Maximum**

**2.) Employment and Income Requirements:** Applicant **must have a** verifiable monthly gross income of at least 3 times the amount of the rental rate. Verification of income must include recent paycheck stubs **and/or W2** forms. Self-employed or retired applicants must provide a financial statement from a CPA or previous year's tax statement with back up such as W-2's, 1099's, etc. Active duty military personnel must provide a copy of his/her LES and orders. Co-signors may be accepted only if income requirements are not sufficient. Co-signers must have a verifiable monthly gross income of at least 5 times the amount of the rental rate.

**3.) Rental History:** Applicant must provide current verifiable rental history. An application will not be approved if there is any outstanding balance to an apartment community or mortgage company. All applicants must have an acceptable rental history with no prior evictions and history of default in lease obligations or community policies. Should you have a balance or if you failed to fulfill a lease contract with another apartment community, a written statement from the rental, management, or mortgage company will need to be provided stating the balance has been paid.

**4.) Credit Report:** Credit will be judged on a scoring system by RealPage, Inc. The scoring scale is subject to change at any time. In the event the credit scoring is not acceptable for full approval, the application may be conditionally approved with additional deposit and/or documentation. In order to obtain a credit report, all adult applicants must have a verifiable social security number.

**5.) Criminal History:** An application will not be approved if he or she has been convicted of criminal offenses involving, but not limited to, homicide, rape, robbery, assault, drug trafficking, and/or distribution of any illegal substance. This requirement does not constitute a guarantee or representation that residents or occupants residing within our community have not been convicted of a felony.

**6.) Security Deposit:** A security deposit in the amount of $250.00 and/or $100 holding fee **will be** required to hold an apartment for up to 30 days. The security deposit shall be refunded upon denial of application. If applicant cancels the application by written notice within 72 hours, a full refund of security deposit will be processed within 30 days of cancellation. If a cancellation occurs after 72 hours, or if applicant refuses to occupy the premises on the agreed upon date, the security deposit will be forfeited. Additionally, a $50.00 non-refundable application fee, per applicant, is required to complete the rental application. The deposit must be paid in a separate check or money order from the application fee.

**7.) Pet Fee:** Only two (2) pets per apartment are allowed. There is a $500.00 **non-refundable** fee to be paid upon any housing of a pet. An additional registration fee of $50 is required for all dogs. An additional fee may be charged for dogs under one year of age. Breed restrictions apply (See agent for complete list). The pet fee is due on the move-in date.

**8.) Renters Insurance:** Renters Insurance is required before occupying the apartment. Proof of coverage must list the apartment address and apartment number. Minimum coverage of $100,000 liability and $10,000 contents is required. An agent can assist in obtaining renters insurance.

**9.) General Applicant Requirement:** All applicants must be at least 18 years of age to fill out an application and sign the lease agreement.

**10.) Equal Housing Opportunity:** Title viii, section 804 of the Civil Rights Act of 1968 states that it is unlawful to discriminate against any person making application for rental housing, with regard to race, religion, color, sex, national origin, familial status or handicapped status.

I have read and understand the rental policies listed above:

Applicant Signature _____   Date 10/11/2022

Co-Applicant Signature _____   Date 10-11-22

Manager/Leasing Consultant _____   Date





10/11/2022

Linda Chase
6513 Harbour Blvd
Panama City Beach, FL 32407-5578, US

Thank you for your recent application. Your request was carefully considered and is approved with the following condition(s):

Additional deposit of $1240.00

This adverse action was based on the following reason(s):

Credit history unsatisfactory
Applicant type / Scoring Range Condition

Our decision was based in whole or in part on information obtained for the group application, including information in the reports from the consumer reporting agencies listed below relating to you and/or Lawrence Chase. Please note that due to privacy concerns, we and the consumer reporting agencies listed below are unable to provide you with any information concerning the screening report(s) of your co-applicant(s). These consumer reporting agencies played no part in our decision and are unable to supply specific reasons for our decision on the group leasing application.

You have the right, under the Fair Credit Reporting Act, to know the information contained in your file at the consumer reporting agencies. You also have a right to a free copy of your report from each consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the respective consumer reporting agency.

Equifax
P.O. Box 105873
Atlanta, Georgia 30348
(800) 685-1111

LeasingDesk Screening
2201 Lakeside Blvd.
Richardson, Texas 75082
(866) 934-1124
http://www.realpage.com/consumer-dispute

We also obtained your credit score from Equifax and used it as a factor in our decision, individually or as a group average of the scores of all applicants in your group application. Please note, that due to privacy concerns, we, and the consumer reporting agencies listed above, are unable to provide you with your co-applicant's credit score, or any information related to his or her credit score. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your Credit Score: 661
Date: 10/11/2022
Scores range from a low of 350 to a high of 850
Key factors that adversely affected your credit score:

Total of all balances on bankcard or revolving accounts is too high
The total of your delinquent or derogatory account balances is too high
You have too many collection agency accounts that are unpaid
Open real estate account balances are too high compared to their loan amounts

In addition, we obtained your AI Score from our screening services provider, LeasingDesk Screening, and used it as a factor in our decision, individually or as a group average of the screening scores of all applicants in your group application. Please note, that due to privacy concerns, we and LeasingDesk Screening are unable to provide you with your co-applicant's screening score or any information related to his or her score. Your AI Score is set forth below.

Your AI Score: 631
Scores range from a low of 0 to a high of 1000
Key factors that adversely affected your AI Score:

Tradeline scoring
Debt-to-income ratio
Credit Score

If you have a question about this notice or the community's rental standards, please contact the submitting property.

North Bay Landings
4800 N Star Ave
Panama City,FL 32404-9141 ,US



Sincerely,
North Bay Landings



**For the quickest resolution** to your background screening report issue, please contact LeasingDesk Consumer Relations:

**1-866-934-1124**

**LEASINGDESK**
Screening

Once we've received your communication, we'll immediately begin the review process. Please know that we want to help you resolve your issue as soon and effortlessly as possible.

© 2017 RealPage, Inc. All trademarks are the property of their respective owners. All rights reserved.

10/11/2022

Lawrence Chase
6513 Harbour Blvd
Panama City Beach, FL 32407-5578, US

Thank you for your recent application. Your request was carefully considered and is approved with the following condition(s):

Additional deposit of $1240.00

This adverse action was based on the following reason(s):

Credit history unsatisfactory
Applicant type / Scoring Range Condition

Our decision was based in whole or in part on information obtained for the group application, including information in the reports from the consumer reporting agencies listed below relating to you and/or Linda Chase. Please note that due to privacy concerns, we and the consumer reporting agencies listed below are unable to provide you with any information concerning the screening report(s) of your co-applicant(s). These consumer reporting agencies played no part in our decision and are unable to supply specific reasons for our decision on the group leasing application.

You have the right, under the Fair Credit Reporting Act, to know the information contained in your file at the consumer reporting agencies. You also have a right to a free copy of your report from each consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the respective consumer reporting agency.

Equifax
P.O. Box 105873
Atlanta, Georgia 30348
(800) 685-1111

LeasingDesk Screening
2201 Lakeside Blvd.


**M** Gmail

Linda Chase <lindachase58@gmail.com>

①

---

## Unauthorized charge

---

**Linda Chase** <lindachase58@gmail.com>                                    Wed, Nov 2, 2022 at 6:19 AM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Mary,

I have attached a copy of my Equifax credit report. As I said before, there is no inquiry from Leasing Deal. As a matter of fact, the OLNY inquiry was made April 27,

*—EQUIFAX , P.8*

2022. I have also attached a copy of page 11 of my leasing agreement. We selected choice 2. All parties have signed this agreement; therefore, I will be disputing the unauthorized charge of $1490. Again, the Fair Credit Reporting Act, which is the law, gives me the right to know who gave me a negative rating. I know you are also aware of the Fair Housing Act, Title VIII of the Civil Rights Act of 1968. This law prohibits landlords from discriminating on the grounds of disability. Several government agencies have deemed that I am disabled; thus, I am protected by the Americans with Disabilities Act which is the law, too. I made you aware of my disability and if you look at my income from the Social Security Administration, it clearly states that I receive Social Security Disability benefits.

Additionally, I want ALL 3 copies of the authorizations signed by my husband and me. I will be in Friday to pick them up. Cassie informed me that the authorizations are shredded after 30 days. I will turn in my Inventory and Condition Form on Friday as discussed with Cassie, thanks.

*— P. 11 OF LEASE AGREEMENT, P.9*

# 1 inquiry

These lenders have accessed your credit file:

 **EQUIFAX MORTGAGE SER**  ›

| Inquiry date | Apr 27, 2022 |
|---|---|
| Removal date | May 2024 |

# 0 public records

This is where public records, such as bankruptcies, would appear on your report.

Advertiser Disclosure

## Suggested just for you

**You're pre-approved for an offer from our partner MRV Banks**



🔒 usa.experian.com

 Reply      Reply all      Forward



**LEASE CONTRACT ADDENDUM**
**CHOICE OF DAMAGES, EARLY TERMINATION OF LEASE CONTRACT**



**DWELLING UNIT DESCRIPTION.** Unit No. _____ **1206** _____, **4800 North Star Avenue** _____
_____ *(street address)* in
_____ **Panama City** _____ *(city)*, Florida, _____ **32404** _____ *(zip code)*.
**LEASE CONTRACT DESCRIPTION.** Lease Contract Date: **October 28, 2022** _____
Owner's name: **North Bay Landing** _____

Residents *(list all residents)*:
**Linda Chase, Lawrence Chase** _____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

In accordance with Florida Statutes §83.595, in the event you breach the Lease Contract for the dwelling unit, and we have obtained a writ of possession, or you have surrendered possession of the dwelling unit before the lease term expires, or you have abandoned the dwelling unit, you may choose to pay a liquidated damage or early termination fee amount instead of other statutory damages to which we may be entitled. As such, you may elect to pay a fixed amount as specified below under Choice 1 (pursuant to Fla. Stat. §83.595(4)) OR you may elect to allow us to charge what is otherwise allowed by statute under Choice 2 (pursuant to Fla. Stat. §83.595(1), (2) or (3)). This choice must be made at the time the Lease Contract is signed. If no choice is made, and you breach the Lease Contract as set forth herein, then we will charge what is allowed by Florida Statutes and the Lease Contract.

*Mark only one Choice.*

| Choice 1<br><br>☐<br>Initial | ✗ You agree to pay $ **1490.00** (an amount that does not exceed 2 month's rent) to us as liquidated damages or early termination fee in accordance with Fla. Stat. §83.595(4) if you breach the Lease Contract and we have obtained a writ of possession, or if you have surrendered possession of the dwelling unit before the lease term expires, or if you have abandoned the dwelling unit, or if you elect to terminate the Lease Contract before the lease term expires. You understand and accept this liquidated damage or early termination fee specified herein, which election is made by you at the inception of the Lease Contract.<br><br>In the event this Choice 1 is elected, then we are entitled to rent and all other charges (including property damages to the dwelling unit beyond normal wear and tear) accrued through the end of the month in which we retake possession of the dwelling unit, in addition to the liquidated damages or early termination fee amount set forth in this paragraph in accordance with Fla. Stat. §83.595(4). However, we waive the right to seek additional rent beyond the month in which we retake possession. |
|---|---|
| Choice 2<br><br>☒ *LC LC*<br>Initial | ✗ You do not agree to liquidated damages or early termination fee and you acknowledge that we may seek damages as provided by law in accordance with Florida Statutes §83.595(1), (2) or (3) if you breach the Lease Contract and we have obtained a writ of possession, or if you have surrendered possession of the dwelling unit before the lease term expires, or if you have abandoned the dwelling unit, or if you elect to terminate the Lease Contract before the lease term expires.<br><br>In the event this Choice 2 is elected, you may owe future rents as they become due under the lease. |

**Resident or Residents**                    **Owner or Owner's Representative**

Please provide me the name of the company/individual that reported negatively.

Mary provided me a copy of Leasing Deals Equifax report, but I provided to Mary a copy of my Equifax inquiry. The last time an inquiry was made on my Equifax credit report was April 2022. Please investigate and email me the name of the company or individual that reported adversely against me, thank you, in advance, for your immediate response.

[Quoted text hidden]

Chase.pdf

---

**Carmen Worley** <carmen@homecorpinc.com>

To: <lindachase58@gmail.com>

Cc: <contact@joe.com>, <manager@northbaylandingapartments.com>

Mon, Nov 7, 2022 at 12:09 PM

*email continued on p. 12*

Ms. Chase,

My name is Carmen Worley, Senior Vice President of Watersound Management and I am responsible for the overall operations of North Bay Landing Apartments. As per your request, I attempted to reach you last week and left you a voicemail to return my call. As Mary has advised you, we did not receive a negative report from another apartment community. She only requested a rental reference from one company that gave us a satisfactory report.

When we screen applicants, they will come back as a "Pass", "Approved with Conditions", or "Denied." Your screening came back as "Approved with Conditions" which means that we have to review it further to try to get you approved. It gives us a risk factor which is based on your rent-to-income ratio, debt-to-income ratio, rental history, criminal history, etc. All of this is rolled up into your overall risk factor. All that we are allowed to give you is the attached "Adverse Action Letter" in which you have already been provided so that you can contact the screening company directly should you have questions about what is in the report. Mary is doing exactly what she was trained to do.

Regarding your security deposit, I have reviewed the documents in your application package. When initially completing your application for an apartment, you were provided a copy of the "Summary of Rental Standards" in which you signed. It states that the standard deposit is $250 unless an additional deposit is required. At the time of the application, we do not know the status of your credit, rental history, or criminal background, but you do. You are correct that you signed a credit card authorization form for the $100 application fee and the $250 deposit, because at that time, we had not yet ran your application and we were not advised about your negative credit accounts. Once your screening was complete, we prepared the "Welcome Letter" which breaks down all charges for move in including the additional deposit. By signing that form, you are accepting all of the terms of the lease so that we can use those terms to prepare the lease documents for move in. You signed the Welcome Letter as well as the Lease Agreement that had the additional deposit included. If you were going to question the amount of the deposit, you should have done so at that time, prior to moving in and taking possession of the apartment.

*I DID STARTED CONTACTING MARY 10/26/2022 via email, but I went into the office before 10/26/2022.*

I hope by taking the time to explain the process, we can find a way to get past this. If you are still not happy and want a full refund on your deposit, you may vacate the apartment and leave it in clean and satisfactory condition. We are in the business to satisfy our customers and in this case, it sounds like we may not be able to do so. Should you still have questions or concerns, please direct those to me via email.

*Additionally, Please see my phone log. Mary called me on 10/13/2022. Please read the message. Calling back was my option (if you want to give me a call back) I went in on 10/14/2023 TO PAY THE $250 deposit. Mary NEVER told me S/he would charge my card $1490.*

Best Regards,

**Carmen Worley**

Senior Vice President

11"

AT&T

4:12 PM

100%

## Voicemail

**+1 (850) 740-1362**  10/29/22  ⓘ

**donna black**  10/28/22  ⓘ

**Gwen United Health Care  G...**  10/27/  ⓘ

**Mary North Bay Landing**
phone
October 13, 2022 at 2:53 PM

0:00  −0:12

▶  🔊  📞  🗑

Transcription (low confidence)

"_____ Linda it's Mary from _____
_____ _____ just giving you _ _____
_____ __ _____ on the app you
can if you want to give me a call back
850-86___618 thank you..."

Was this transcription **useful** or **not useful**?

THIS WAS THE TIME TO TELL ME ABOUT THE ADDITIONAL DEPOSIT, BUT MARY SAID, IF YOU WANT-

Favorites  Recents  Contacts  Keypad  Voicemail  120

2740 Zelda Road, Suite 3A

Montgomery, AL 36106

(850)723-4771

[Quoted text hidden]



CONFIDENTIALITY NOTICE: This message, including attachments, is intended to be viewed only by the addressee. It may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No confidentiality or privilege is lost by any transmission error. This message may contain nonpublic information. You may not directly or indirectly reuse or disclose such information for any purpose except as permitted by law. Any dissemination, distribution or copying of this message is strictly prohibited without our prior written permission. If you are not an intended recipient, or if you have received this message in error, please notify us immediately by return e-mail and permanently remove the original message and any copies from your computer and all back-up systems.

Chase.pdf

---

**Linda Chase** <lindachase58@gmail.com>                                    Mon, Nov 7, 2022 at 2:55 PM
To: Carmen Worley <carmen@homecorpinc.com>
Cc: <contact@joe.com>, <manager@northbaylandingapartments.com>

Ms. Worley,
I never implied that another apartment community gave me a negative report. I simply want to know who gave an adverse report. Additionally, Mary NEITHER told me the deposit would be $1490 NOR informed me that my credit card would be charge $1490. I NEVER authorized the charge of $1490; therefore, the charge is in dispute. Mary provided me a copy of the report from leasing deal, but the issue it my Equifax credit report show no inquiry from Leasing Deal. That's another concern I have. Please see the attached inquiry from Equifax. There's only one, and the inquiry date is April 27, 2022. I need to know who gave an adverse report, thank you for your help.

[Quoted text hidden]

*DESK*        *DESK*

---

**Linda Chase** <lindachase58@gmail.com>                                    Mon, Nov 7, 2022 at 6:16 PM
To: Carmen Worley <carmen@homecorpinc.com>
Cc: <contact@joe.com>, <manager@northbaylandingapartments.com>

Ms. Worley,                                    *DESK*
When you provide me what was on the report from leasing deal please provide my debt to income ratio, too. I know that's a factor used when purchasing a home. Can you tell me what the debt to income ratio should be in order to pay a lower deposit? I know it is calculated based upon your months bills, thank you.
[Quoted text hidden]

---

**Carmen Worley** <carmen@homecorpinc.com>                                    Tue, Nov 8, 2022 at 12:00 PM
To: Linda Chase <lindachase58@gmail.com>
Cc: <contact@joe.com>, <manager@northbaylandingapartments.com>

Ms. Chase,

I have attached the rental verification you requested. As you can see on the form, you were given a satisfactory rental reference. The negative report we referred to was your credit report. As discussed yesterday, our operating system has a screening side that handles that for us and we do not have the formulas as you are requesting below. I assume to find your debt-to-income ratio, you would add up your monthly bills and divide by your monthly income to get the ratio. Again, we do not get that ratio. We just get the overall "Risk Factor" which has that included within. As far as not seeing the inquiry on your credit report, we have no idea how long it takes to show up. I have heard in the past that it can take up to 30 days for things to show up on a credit report, so perhaps you can check back at a later date to see if it is there.

*I pulled EQUIFAX AGAIN ON 03/29/2023. No INQUIRY BY LEASING DESK*

10|17 @ 2:52 left vm.



# WATERSOUND
*Management*

## <u>Rental Verification</u>

**I/We hereby authorize the release of any and all rental history information regarding residency at the location specified below:**

*To be completed by the person __renting__ the residence:*

Resident(s) Name on Lease: _Lawrence + Linda Chase_

Community/Landlord Information:

Name: _Adelene Greene_     Phone: (262) 412-2093

Address: _6935 11th Ave_

_Kenosha, WI  53142-8330_

Resident Signature: _Lawrence Chase Linda Chase_   Date: _10/11/2022_

---

*To be completed by the person __verifying__ residency:*

THE YEAR SHOULD REFLECT 2021

Dates of Residency: _09-01_ to _present_ Rental Amount: _$1050_

Number of Late Rental Payments: _0_

Number of Dispossessory Warrants: _0_

Any Lease Violations or Complaints: _0_

Damages Upon Move-out: Yes: _____ No: _X_ Pets: Yes_____ No _X_

Deposit Returned: Yes: _____ No: _____ Balance Upon Move-out: $____ _0_

Was Notice Given: _Yes_

Would you lease to applicant again: _Yes_

_Addene Greene via phone_    _10-17-22_ (MM)

Preparer's Signature/Title           Date
_(homeowner)_

We would like to thank you in advance for your assistance.

Upon completion, email or **please fax back to:** _____

 Gmail



**Linda Chase <lindachase58@gmail.com>**

---

## Deposit Charge Back

---

**North Bay Landing MANAGER <manager@northbaylandingapartments.com>**    Fri, Nov 18, 2022 at 5:13 PM
To: Linda Chase <lindachase58@gmail.com>

Hi Linda,

We received notification that the additional required deposit in the amount of $1240 was charged back. Do you intend to pay this with another payment method, or do you not intend to pay it? Please let me know so that we can proceed accordingly.

Thank you so much!



 **Linda Chase <lindachase58@gmail.com>**

---

**Deposit Charge Back**

---

**Linda Chase <lindachase58@gmail.com>**                    Mon, Nov 21, 2022 at 6:27 AM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>

Hi Mary,

I am still out of town for medical appointments, I will take care of everything, including my December rent when I return,
thanks. Happy Thanksgiving!
[Quoted text hidden]

As discussed yesterday, we need to find a way to move past this.  We have all spent quite a bit of time going back and forth via phone and email and we have provided you with everything we can.  At this point, there is nothing more we can do.

[Quoted text hidden]
doc0027832022110811080804.pdf *Rental Verification*

---

**Linda Chase** <lindachase58@gmail.com>                                                Sat, Dec 24, 2022 at 3:10 PM
To: Carmen Worley <carmen@homecorpinc.com>
Cc: <contact@joe.com>, <larrychapi@gmail.com>, <manager@northbaylandingapartments.com>

Ms. Worley,                    *— See p 13. THE REFERENCE IS BETTER THAN SATISFACTORY*
I knew about this satisfactory rental reference. What I need from you is who reported negatively against me. As I told Mary, the Fair Credit Reporting Act gives me the right to know who gave me a negative review. Additionally, I provided proof to Mary that my credit was NEVER pulled as indicated in the letter from Leasing Deal. I need to know who reported negatively. Again, the Fair Credit Reporting Act (FCRA) affords me that privilege.                    *Deal*

FYI, the $1240 chargeback was reversed. I emailed/provided Mary the letter from Bank of America as proof of the chargeback being reversed. I will forward to you as well.

Have a Merry Christmas and Happy New Year!
[Quoted text hidden]

### North Bay Landing



## SINGLE ENTRY DEBIT AUTHORIZATION FORM

I (we) hereby authorize North Bay Landing to initiate debit entries to my (our) account indicated below, and to debit or credit the same such account.  If this item is returned unpaid, I authorize an additional returned item fee of the maximum amount allowed by the state to be charged to this account.

### Checking or Savings Account

| Type of Account | ❑ Checking   ❑ Savings | |
| --- | --- | --- |
| Depository Financial Institution Name | | |
| Name on Account | | |
| Routing Number | | Account Number |

### Credit Card Account

| Card Type | ☑ Visa   ❑ MasterCard   ❑ Discover | |
| --- | --- | --- |
| Name on Card | *Lawrence Chase* | |
| Credit Card Billing Address | *6513 Harbour Blvd* | |
| Card Number | *4099 0800 0027 8693* | |
| Expiration Date | *12/23* | CVV *559* |

### Payment Setup Information

| Amount | $ 100 | Transaction Date | *10-11-22*  ? WHO DATED THIS |
| --- | --- | --- | --- |

### Authorization

This authorization is to remain in full force and effect for the number of payments authorized above or until North Bay Landing has received written notification from me (or us) of its termination, in such time and such manner as to afford North Bay Landing a reasonable opportunity to act on it.

| Name | *Lawrence Chase* | Unit # | |
| --- | --- | --- | --- |
| ID# | | State | |
| Signature | *Lawrence Chase* | | |
| Date | *10/11/2022*   ✗ MY HUSBAND DOESN'T LOOP HIS two's either | | |

*Processed   $100   10-11-22  (MM)*

## North Bay Landing



| SINGLE ENTRY DEBIT AUTHORIZATION FORM |
|---|

I (we) hereby authorize North Bay Landing to initiate debit entries to my (our) account indicated below, and to debit or credit the same such account. If this item is returned unpaid, I authorize an additional returned item fee of the maximum amount allowed by the state to be charged to this account.

**Checking or Savings Account**

| Type of Account | ☐ Checking   ☐ Savings |
|---|---|
| Depository Financial Institution Name | |
| Name on Account | |
| Routing Number | Account Number |

**Credit Card Account**

| Card Type | ☑ Visa   ☐ MasterCard   ☐ Discover |
|---|---|
| Name on Card | *LINDA C. CHASE* |
| Credit Card Billing Address | *1001 MERRILL ST. HAMMOND, IN 46320* |
| Card Number | *4400 6622 9447 2591* |
| Expiration Date | *07/27* |

| | CVV | *161* |
|---|---|---|

**Payment Setup Information**

| Amount | *$1490.00* | Transaction Date | *10-17-22* I DIDN'T PUT THIS DATE. WHO DID? |
|---|---|---|---|

**Authorization**

This authorization is to remain in full force and effect for the number of payments authorized above or until North Bay Landing has received written notification from me (or us) of its termination, in such time and such manner as to afford North Bay Landing a reasonable opportunity to act on it.

| Name | *LINDA CHASE* | Unit # | |
|---|---|---|---|
| ID# | *M165523-58-930-0* | State | *FL.* |
| Signature | *Linda Chase* | | |
| Date | *10/17/2022* THIS WAS WRITTEN BY ME, LINDA CHASE. | | |

*Processed $1490 10-17-22 (MW)*

 AT&T 🛜    4:21 PM    🔋 100% 🔋

< March 29, 2023  Edit  ⋯
8:37 AM



discussed with Cassie, thanks.

◀ Mail 📶 🛜    11:12 PM    ✈ 🔋 91% ▬

report for up to 7 years from the
delinquency date, but they typically
affect your FICO® Score less over time.

## 1 inquiry

These lenders have accessed your credit file:

 **EQUIFAX MORTGAGE SER**  >

Inquiry date                    **Apr 27, 2022**

Removal date                    **May 2024**

# 0 public records

This is where public records, such as
bankruptcies, would appear on your report.



  

            

## North Bay Landing



# SINGLE ENTRY DEBIT AUTHORIZATION FORM

I (we) hereby authorize North Bay Landing to initiate debit entries to my (our) account indicated below, and to debit or credit the same such account.  If this item is returned unpaid, I authorize an additional returned item fee of the maximum amount allowed by the state to be charged to this account.

### Checking or Savings Account

| | |
|---|---|
| **Type of Account** | ☐ Checking   ☐ Savings |
| **Depository Financial Institution Name** | |
| **Name on Account** | |
| **Routing Number** | **Account Number** |

### Credit Card Account

| | |
|---|---|
| **Card Type** | ☑ Visa   ☐ MasterCard   ☐ Discover |
| **Name on Card** | _Linda Chase_ |
| **Credit Card Billing Address** | _1001 Merrill St. Hamo, IN 46320_ |
| **Card Number** | _4400 6622 9447 2597_ |
| **Expiration Date** | _07/27_     **CVV**   _161_ |

### Payment Setup Information

| | |
|---|---|
| **Amount** | $ _1705.48_ _AC. 10/28/2022_     **Transaction Date**   _(10/28/2022)_ |

### Authorization

This authorization is to remain in full force and effect for the number of payments authorized above or until North Bay Landing has received written notification from me (or us) of its termination, in such time and such manner as to afford North Bay Landing a reasonable opportunity to act on it.

| | | | |
|---|---|---|---|
| **Name** | _Linda Chase_ | **Unit #** | _1206_ |
| **ID#** | _M162523-58-930-0_ | **State** | _FL_ |
| **Signature** | _Linda Chase_ | | |
| **Date** | _(10/28/2022)_ | | |

_Processed $1705.48   10/28   (MM)_
_* I ALWAYS USE A 4 digit year + I don't loop my two's (2)_

M **Gmail** *NORTH BAY LANDING*
*INTERNET ISSUES*

## Internet/Xtreme issues

6 messages

**Linda Chase** <lindachase58@gmail.com>                                          Mon, Jan 23 at 9:23 AM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Good morning Mary,

Hopefully the internet/Xtreme issues have been resolved. This is day three with no issues. As I previously made you aware and again on Thursday, 01/19/2023, from the time we took occupancy until recently, we have had issues with internet connection to the point that our Ring security device was offline while we were out of town 21 days in November, 19 days in December and 16 days this month. We have made multiple calls to Xtreme for the days we were in town concerning our internet failed connectivity. A service technician came in December, but after a couple of days, connectivity failed again. Honestly, we probably have had service a total of three days in November, about two days in December, and, not including the recent three consecutive days of service, one day in January. We asked Xtreme for a refund, but we were informed that North Bay has a contract with Xtreme, and we should contact you for compensation. Please consult upper management with our concerns, and a possible solution/refund of the $65/monthly fee. If a refund is an option, we are hoping that the prorated monthly refund can be applied to our February rent.
Thank you, in advance, for your immediate attention to our request.

Sincerely,

Lawrence & Linda Chase.

---

**North Bay Landing MANAGER** <manager@northbaylandingapartments.com>          Mon, Jan 23 at 5:28 PM
To: Linda Chase <lindachase58@gmail.com>

Hi Linda,

Sorry to hear that you are having trouble with the internet. I spoke with our rep from Mediacom and he has put a flag on the account for you. He advised to have you call the number I attached to this email and request for another technician to come out if you have problems again. If the issue is still not resolved after this attempt, please let me know so he can get a tech out here for you from Gulf Breeze. I am not sure if we are able to provide any concession for the problems with the service, but I will certainly look into this and get back to you.



[Quoted text hidden]
**Bulk Premier Community Customer Service Group.pdf**

---

**Linda Chase <lindachase58@gmail.com>**
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>

Mon, Jan 23 at 7:15 PM

Thank you, Mary. If the problem persist, I will call Mediacom as suggested. I appreciate your help.
[Quoted text hidden]

---

**Linda Chase <lindachase58@gmail.com>**
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>
Cc: <larrychapi@gmail.com>

Wed, Feb 1 at 1:39 PM

Good afternoon, Mary:
We are left town Monday, and our internet connection was fine, but it has been offline since yesterday afternoon because our ring is offline due to connectivity issue. Is the entire complex experiencing connectivity issues? of course, we can't call for someone to come out to troubleshoot because we are out of town.
BTW, did you reach out to upper management to request some sort of compensation? As I have itemized below, our internet has been offline more than it's been online. I will be paying my rent Friday, and I need to know if an adjustment to my rent will be granted. Again, thank you for your usual support in resolving this issue.
[Quoted text hidden]

---

**North Bay Landing MANAGER <manager@northbaylandingapartments.com>**
To: Linda Chase <lindachase58@gmail.com>

Thu, Feb 2 at 4:30 PM

Hi Linda,

I am sorry to hear you are having an issue. Do you think it could be an issue with your ring camera? To my knowledge, we aren't having any other issues. If it's not your ring camera maybe Mediacom needs to replace your modem? Please let me know when a good time would be for us to have Mediacom send another tech out for you as we want to get this issue resolved for you. Also, I will get back to you regarding a concession as soon as possible.

[Quoted text hidden]

---

**Linda Chase <lindachase58@gmail.com>**
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Thu, Feb 2 at 5:50 PM

I don't believe it's the ring scanner because it not only has been replaced but we also have a supplemental device for the ring device. I will let you know a good time for the tech to come, thank you.

.ıl AT&T 📶          4:38 PM          🕙 100% ⚡

‹ 252                    ③

66554

(Mediacom - Molli) We have recently fixed an outage that was affecting your service, and our systems indicate that your service is now fully restored. Would you like to CANCEL your service appointment scheduled for 2023-03-01 @ 8 AM - 12 PM? (Yes/No)

Wed, Feb 22 at 10:22 PM

No

(Molli) Your appointment for March 1 has been confirmed. Thank you.

Wed, Mar 1 at 10:02 AM

(Mediacom - Molli) Your technician is on the way. They should arrive at 08:01 AM CT.

 



RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS
2023 NOV -1 PM 1:15
OLD MODEM
Removed
03-01-2023
technicolor
MODEL CGA4234
P/N CGA4234VGW-TCH
DOCSIS3.1
Wireless Residential
Gateway with Embeded
Digital Voice Adapter
Input: 12V 3.5A
MTA MAC 905851B14A84
WAN MAC 905851B14A85
S/N CP1911268241
CM MAC 905851B14A83
Factory Default Settings
2.4G
SSID B14A83-2.4
PRE-SHARED KEY CP1911266241
5G
SSID B14A83-5
PRE-SHARED KEY CP1911266241
Date of mfg 03/19
1206
MADE IN VIETNAM
FCC ID G95-CGA4234
IC 431C-CGA4234
CAN ICES-3(B) / NMB-3(B)
WARNING: Cancer and Reproductive Harm
www.P65Warnings.ca.gov
c UL us I.T.E. LISTED E199598
I.T.E.
This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

AT&T                    8:03 AM                    51%   4(a)

# People also ask                              ⋮

## What is a digital voice modem?          ⌃

A voice modem is an analog telephone data modem with a built-in capability of transmitting and receiving voice recordings over the phone line. Voice modems are used for telephony and answering machine applications.

W  https://en.m.wikipedia.org › wiki

Voice modem command set - Wikipedia

MORE RESULTS

What is the Cisco model DPC3216?          ⌄

How communication takes place via a modem?                                      ⌄

Is the Cisco DPQ3212 a wireless router?          ⌄

Do I need a landline with digital voice?          ⌄

  ⌕ what does it mean when a modem has an embe

AT&T 📶                8:06 AM                🔋 50% 🔋

## Google

🔔⁹

🔍   what does it mean when a modem   📷

**All**    Shopping    Videos    Images    News    Map

Oracle                                      ⋮
https://mediacomcc.custhelp.com › ...   PDF

# TECHNICOLOR WIRELESS GATEWAY - CGM4231 ...

Jan 8, 2018 — Two-line embedded digital voice adapter for wired telephony service. Ethernet switc...

126 pages · 6 MB

TECHNICOLOR WIRELESS
GATEWAY · CGM4231

OPERATIONS GUIDE

https://mediacomcc.custhelp.com › ...   PDF   ⋮

# ACCESS CAblE gAtEwAy

Gateway and voice operations support data throughput and complex voice calls simultaneously....

AA   🔒 🔍 what does it mean when a   🎤

‹        ›        ⬆️        📖        🗗

■■ AT&T 🛜   **8:10 AM**   🔋 49% 🔋

**What is a wired telecommunication?** ⌄   

 **What do you mean by telephony?** ⌃

Telephony is commonly referred to as the construction or operation of telephones and telephonic systems and as **a system of telecommunications in which telephonic equipment is employed in the transmission of speech or other sound between points, with or without the use of wires**.

W  https://en.m.wikipedia.org › wiki

Telephony - Wikipedia

MORE RESULTS

**What is an example of a wired communication?** ⌄

**What is the function of telephony?** ⌃

Telephony is the field of technology involving the development, application, and deployment

🔒 Q what does the term wired telephony mean

W  https://en.m.wikipedia.org › wiki

Telephony – Wikipedia



## MORE RESULTS

### What is an example of a wired communication?

### What is the function of telephony?

Telephony is the field of technology involving the development, application, and deployment of telecommunication services for the purpose of **electronic transmission of voice, fax, or data, between distant parties**. The history of telephony is intimately linked to the invention and development of the telephone.

https://www.mitel.com › telephony

What Is Telephony? Telephony Definition – Mitel

## MORE RESULTS

### What is an example of a telephony?

🔒 Q what does the term wired telephony mean

*and development of the telephone.*

4(e)

▷ https://www.mitel.com › telephony

What Is Telephony? Telephony Definition - Mitel

MORE RESULTS

**What is an example of a telephony?**    ⌃

Long associated with voice communication, telephony has evolved to also include **text messaging, video calling, video conferencing, voicemail, call recording and faxing**.

☎ https://www.techtarget.com › Telep...

What is Telephony? - TechTarget

MORE RESULTS

**What is another word for telephony?**    ⌄

**Is telephony an Internet service?**    ⌄

**How does Internet telephony work?**    ⌄

🔍 Q what does the term wired telephony mean





≡

GO●GLE

🔍 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                🎤  📷

All   Shopping   Images   Videos   News   Maps   Books   Flights   Finance      Searc

In the context of WPA (Wi-Fi Protected Access), PSK stands for Pre-Shared Key. It is **a security mechanism used in WPA to establish a secure connection between a wireless client (such as a laptop, smartphone, or other Wi-Fi-enabled device) and a Wi-Fi access point.**

◯ https://www.portnox.com › wpa-psk

Exploring WPA-PSK and Wi-Fi Security - Portnox

⋮

? About featured snippets      🚩 Feedback

People also ask

What is a pre-shared key on router?                                ⌄

Is the pre-shared key the password for the router?                 ⌄

Where is the pre-shared key for WIFI?                              ⌄

Should I change the pre-shared key?                               ⌄

Feedback

RECEIVED
2023 NOV -1  PM 1:16
FLORIDA COMMISSION ON
HUMAN RELATIONS



AT&T 📶 🤶          1:20 PM          ⏰ 🎧 17% 🔋

https://www.portnox.com › wpa-psk

# Exploring WPA-PSK and Wi-Fi Security - Portnox

❓ About featured snippets          ⚠ Feedback

## People also ask

### What is a pre-shared key on router?

A pre-shared key is basically just **a shared secret or password that is used to authenticate an individual attempting to join a wireless network** (no username or identification or than the key is required).



RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS
2023 NOV -1  PM 1:16

❌ https://www.triaxiomsecurity.com › ...

The Dangers of Pre-Shared Keys on Your Wireless Network

MORE RESULTS

Is the pre-shared key the password for

🔒 🔍 modem pre shared key

AT&T  1:24 PM  17%

5(a)



Network Name(SSID): ARRIS-FF52
Encrypt AES    Sec Mode WPA2-PSK
Pre-Shared Key: B7C43158DCAEF80F

WPS PIN: 87625035

arris.my.sal...

RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS
2023 NOV - 1  PM 1:16

2: CONNECT YOUR WIRELESS DEVICE

ow is a detailed summary of your wireless security settings. Please print this page
information on a piece of paper, so you can configure the correct settings on you
nt adapters.

2.4GHz Band SSID: dlink-800F

Security Mode: Auto (WPA or WPA2) - Personal

Cipher Type : TKIP/AES

🔒 Q modem pre shared key



 Gmail

**Linda Chase <lindachase58@gmail.com>**

## Pest control

**Linda Chase** <lindachase58@gmail.com>                                    Thu, Apr 13 at 2:09 PM
To: Husband <larrychapi@sbcglobal.net>, North Bay Landing MANAGER <manager@northbaylandingapartments.com>

Mary,
We will not be home tomorrow, please DO NOT exterminate. We don't want anyone in the apartment while we are
absent, thank you.

 Gmail

**Linda Chase <lindachase58@gmail.com>**

## Pest control

**North Bay Landing MANAGER** <manager@northbaylandingapartments.com>
To: Linda Chase <lindachase58@gmail.com>, Husband <larrychapi@sbcglobal.net>

Thu, Apr 13 at 5:20 PM

Hi Linda,

No problem! We will skip your apartment this week. 😊

[Quoted text hidden]

M Gmail

*NOLTA BAY LANDING MAINTENANCE*

Linda Chase <lindachase58@gmail.com>

8(a)

## Maintenance

Linda Chase <lindachase58@gmail.com>                                    Thu, May 25 at 5:45 PM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Mary,
Our ring revealed that maintenance entered the apartment today. Is it policy for a notice to be left to inform the tenants that maintenance entered? We weren't home at that time, thanks.

M Gmail

Linda Chase <lindachase58@gmail.com>

## Maintenance

Linda Chase <lindachase58@gmail.com>                                    Thu, May 25 at 5:57 PM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

D 5/24/2023
I meant yesterday after 3, thanks.
[Quoted text hidden]

 **Gmail**

Linda Chase <lindachase58@gmail.com>

*P. 9*

## Chase v SJSA FCHR case 202426029 proposed settlement

**Linda Chase** <lindachase58@gmail.com>                                    Tue, Oct 31 at 2:07 PM
To: Sutherland, Lisa <Lisa.Sutherland2@fchr.myflorida.com>
Cc: Linda Chase <chase-linda@sbcglobal.net>, <larrychapi@gmail.com>

Please print the attached so that we can discuss tomorrow. Please see the modem for my unit 1206 that was removed 03/01/2023 and compare it with the modem for unit 10206, a townhouse here at North Bay Landing. Please note, the modem for my unit 1206, the last two barcodes to the right, has a PRE-SHARED KEY (PSK). Please see the last attached page for the example of the PSK. It's highlighted in green. The PRE-SHARED KEY is missing from the modem for unit 10206. The last three pages will explain PSK. With whom was my WI-FI being shared is the question that needs to be answered by North Bay/SJSA since no username/identification is needed for the modem assigned my unit, 1206, that was removed 03/01/2023. Only the PSK is required to establish a secure connection between a wireless client (i. e. laptops, smartphones, or other WI-FI enabled devices such as ring scanner cameras.) The modem for unit 10206 has a username and a password. The modem for my unit 1206 that was removed 03/01/2023 has neither a username or password. The replaced modem that is now in my unit has both a username and password. I have more pictures of modems for a few tenants that live here at North Bay if you want them.

I have more evidence to discuss when we meet tomorrow. I just wanted to prepared you when discuss the modem issue with North Bay/SJSA when we get to the proposed settlement; therefore, I put it in writing and provided pictures so that there is no mistake or misinterpretation of what needs to be driven home, thank you.

☐ — Modem 1206
☐ — Modem 10206
☐ — WPA, PSK
☐ — EXPLORING WPA-PSK + WI-FI
☐ — PSK- GREEN HIGHLIGHT.

[Quoted text hidden]


2023 NOV -1 PM 1: 15
RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS

 **M** Gmail  NORTH BAY LANDING
MAINTENANCE

Linda Chase <lindachase58@gmail.com> 

EX HIBIT 3, pg

## Maintenance

**Linda Chase** <lindachase58@gmail.com>                                    Thu, May 25 at 5:45 PM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Mary,
Our ring revealed that maintenance entered the apartment today. Is it policy for a notice to be left to inform the tenants that maintenance entered? We weren't home at that time, thanks.

 Gmail

**Linda Chase** <lindachase58@gmail.com>

---

## Maintenance

---

**Linda Chase** <lindachase58@gmail.com>                                                    Thu, May 25 at 5:57 PM
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

I meant yesterday after 3, thanks.
[Quoted text hidden]

 Gmail

**Linda Chase <lindachase58@gmail.com>**

## Maintenance

**North Bay Landing MANAGER** <manager@northbaylandingapartments.com>          Tue, May 30 at 10:34 AM
To: Linda Chase <lindachase58@gmail.com>

Hi Linda,

Notices were delivered on May 22nd regarding filter changes for the building which occurred on May 24th.

[Quoted text hidden]



**Linda Chase <lindachase58@gmail.com>**

## Maintenance

④

**Linda Chase** <lindachase58@gmail.com>                                             Sun, Jun 4 at 2:19 PM
To: Husband <larrychapi@sbcglobal.net>, North Bay Landing MANAGER <manager@northbaylandingapartments.com>

I was out of town, and there was no notice on our apartment door when we returned on ~~Monday, May 9~~ *Sunday May 28*. Additionally, I notified you around April 13 via email that we didn't want anyone in our apartment while we were away. Why wasn't there an email notification sent to us informing us of the filter change.We were emailed in April about pest control and you often keep the tenants informed concerning food trucks. ~~When~~ I knew we wouldn't be home for pest control, therefore, I informed you we wouldn't be home, and we didn't want ANYONE in our apartment in our absence, thanks.
[Quoted text hidden]

 Gmail

**Linda Chase <lindachase58@gmail.com>**

## Maintenance

**Linda Chase** <lindachase58@gmail.com>                                  Sun, Jun 4 at 2:34 PM
To: Husband <larrychapi@sbcglobal.net>, North Bay Landing MANAGER <manager@northbaylandingapartments.com>

Correction, we returned on May 29. We were out of town from May 4-29. My mother passed away. We were out of town taking care of business. I have our boarding passes as proof that we were out of town for the aforementioned timeframe; therefore, we didn't receive the notification dated May 22. That being said, what's the policy? It's my understanding that a notice should have been left on our counter to inform us maintenance had entered the apartment without prior approval. Had our ring not been engaged, we would have never know maintenance entered without our being home and most importantly, without our permission, and no notice was left in the apartment informing us maintenance entered to change the filter, thanks.
[Quoted text hidden]



AT&T 3:37 PM 96%

NO NOTIFICATION FROM NORTH BAY ON 05/24/2023

(6)

maintenance ×

Label ▾ From ▾ To ▾ Attachment ▾

**Omaha's Henry Doorly Zoo.** May 26
**We're turtle-ly excited to see you a...**
for roof maintenance. Inbox

**AAG Affiliate** May 25
**5/25/2023: Linda, learn About a Re...**
insurance, maintenance, and rel... Inbox

**ADT Home Security** May 23
**5/23/2023 Update: Home security...**
operation or maintenance of an... Inbox

**Omaha's Henry Doorly Zoo.** May 22
**Open now for wild ways to spend y...**
for roof maintenance. Inbox

**ADT Home Security** May 18
**5/18/2023 Update: Home security...**
operation or maintenance of an... Inbox

**Honda of Bay County Servi...** May 17
**An important reminder for your Ho...**
. Scheduled maintenance is vita... Inbox

Capital One May 16
You're eligible, Linda: We're giving yo...