# U.S. District Court Northern District of Indiana [LIVE]
# USDC Northern Indiana (Hammond)
# CIVIL DOCKET FOR CASE #: 2:24–cv–00205–GSL–AZ

| | |
|---|---|
| Chase v St. Joe Company et al | Date Filed: 06/14/2024 |
| Assigned to: Judge Gretchen S Lund | Date Terminated: 07/22/2024 |
| Referred to: Magistrate Judge Abizer Zanzi | Jury Demand: None |
| Demand: $9,999,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:405 Fair Housing Act | Jurisdiction: Federal Question |

Discovery Deadline:                                        Settlement Conference:
Dispositive Motion Deadline:                               Final Pretrial Conference:
Expert Discovery Deadline:                                 Trial Date:

**Plaintiff**

**Linda C Chase**                     represented by    **Linda C Chase**
                                                        16 Locust Street
                                                        Hammond, In 46324
                                                        219–201–6722
                                                        PRO SE

V.

**Defendant**

**St Joe Company/SJSA LLC**
*Registered Agent Elizabeth J Walters*

**Defendant**

**Carmen Worley**
*Sr. Vice President*

**Defendant**

**Mary Matos–Weathers**
*Property Manager*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2024 | 1 | PRO SE COMPLAINT against Mary Matos–Weathers, Elizabeth J Walters, Carmen Worley, filed by Linda C Chase. (Attachments: # 1 Exhibit)(rmf) (Entered: 06/17/2024) |
| 06/14/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Linda C Chase. (rmf) (Entered: 06/17/2024) |
| 07/22/2024 | 3 | ORDER: The Court DENIES the Plaintiff's Motion For Leave To Proceed In Forma Pauperis 2 and TRANSFERS the case to the United States District Court for the Northern District of Florida, where Plaintiff shall pay the filing fee in accordance with a deadline to be set by that Court. Signed by Judge Gretchen S Lund on 07/22/2024. (Copy mailed to pro se party, certified mail, #) (jdb) (Entered: 07/24/2024) |