UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA C. CHASE,

    Plaintiff,

v.                                      Case No.  5:24-cv-157-RH-MJF

ST. JOE COMPANY/SJSA LLC, *et al.*,

    Defendants.
_____/

## ORDER

The clerk of the court referred this matter to the undersigned. On June 14, 2024, Plaintiff Linda C. Chase commenced this civil action in the United States District Court for the Northern District of Indiana. Doc. 1. She also filed a motion for leave to proceed *in forma pauperis*. Doc. 2.

Because Plaintiff had filed the civil action in the wrong venue, on July 22, 2024, United States District Judge Gretchen S. Lund *sue sponte* transferred this civil action to the United States District Court for the Northern District of Florida. Doc. 3. Judge Lund also denied Plaintiff's motion to proceed *in forma pauperis* because Plaintiff's financial affidavit

did not demonstrate that she was entitled to proceed without prepayment of the required filing fee. *Id.* at 2.

If Plaintiff desires to proceed in this matter, Plaintiff must pay to the clerk of the court the filing fee.

Accordingly, it is **ORDERED**:

1. The clerk of the court shall send to Plaintiff a notice of voluntary dismissal form with this case number written on it.

2. **On or before August 26, 2024,** Plaintiff shall:

    a. pay $405 ($350 filing fee and $55 administrative fee) to the clerk of the court; or

    b. file a notice of voluntary dismissal.

3. Plaintiff's failure to comply timely with this order likely will result in dismissal of this action for failure to pay the filing fee, failure to comply with a court order, and failure to prosecute.

**SO ORDERED** this 25th day of July, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**