UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA C. CHASE,

(Name of Plaintiff/Petitioner)

vs.                                    CASE NO: 5:24-CV-157-RH-MJF

ST. Joe Company / SJSA LLC et al.

(Name of Defendant/Respondent)
CARMEN WORLEY
(See attached)

**NOTICE OF CHANGE OF ADDRESS**

I, LINDA C. CHASE (name of party), hereby file this notice advising that my address has changed, effective 08/23/2024.

from: 116 LOCUST ST.
HAMMOND, IN
46324

to: 4800 N. STAR AVE
#1206
PANAMA CITY, FL 32404

08/12/2024
(Date)

Linda C. Chase
(Signature of Plaintiff/Petitioner)

LINDA C. CHASE
(Printed Name of Plaintiff/Petitioner)

FILED USDC FLND PN
AUG 12 '24 PM 12:15

Created 06/2005

DEFENDANTS CONT.

Mary Matos-Weathers

Case 5:24-cv-157 RH-MJF