# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LINDA C. CHASE

    Plaintiff,                    CASE NO: 5:24-cv-157-RH-MJF

v.

ST. JOE COMPANY/SJSA LLC, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE NOTE** the appearance of Ian C. White, Esq. and Deborah S. Minnis, Esq. as counsel for Defendants, St. Joe Company/SJSA LLC. The undersigned attorneys hereby designate the following primary and secondary email addresses for the purpose of service of all documents required to be served in this proceeding:

    Primary email for Ian C. White:      iwhite@ausley.com
    Secondary email for Ian C. White:   nnelson@ausley.com

    Primary email for Deborah S. Minnis:      dminnis@ausley.com
    Secondary email for Deborah S. Minnis:   mwallace@ausley.com

DATED this 30th day of September, 2024.

/s/ Ian C. White
**IAN C. WHITE**
Florida Bar No.: 498051
**DEBORAH S. MINNIS**
Florida Bar No.: 0466778
Ausley McMullen
P.O. Box 391
Tallahassee, Florida 32302
Telephone: (850) 224-9115
Facsimile: (850) 222-7560
iwhite@ausley.com
nnelson@ausley.com
dminnis@ausley.com
mwallace@ausley.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30th, 2024, a true and correct copy of the foregoing was electronically filed via the CM/ECF system, which will send electronic notification to all CM/ECF participants in this case

/s/ Ian C. White
Attorney