UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDA C. CHASE

    Plaintiff,                              CASE NO: 5:24-cv-157-RH-MJF

v.

ST. JOE COMPANY, et al.,

    Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE

**PLEASE NOTE** the appearance of Ian C. White, Esq. and Deborah S. Minnis, Esq. as counsel for Defendants, The St. Joe Company, a Florida corporation, SJSA, LLC, a Florida limited liability company, Carmen Worley, and Mary Matos-Weathers. The undersigned attorneys hereby designate the following primary and secondary email addresses for the purpose of service of all documents required to be served in this proceeding:

    Primary email for Ian C. White:      iwhite@ausley.com
    Secondary email for Ian C. White:   nnelson@ausley.com

    Primary email for Deborah S. Minnis:      dminnis@ausley.com
    Secondary email for Deborah S. Minnis:   mwallace@ausley.com

DATED this 1st day of October, 2024.

/s/ Ian C. White
**IAN C. WHITE**
Florida Bar No.: 498051
**DEBORAH S. MINNIS**
Florida Bar No.: 0466778
Ausley McMullen
P.O. Box 391
Tallahassee, Florida 32302
Telephone: (850) 224-9115
Facsimile: (850) 222-7560
iwhite@ausley.com
nnelson@ausley.com
dminnis@ausley.com
mwallace@ausley.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed electronically with the Court through the CM/ECF portal and a true and correct copy has been served by First Class U.S. Mail this 1st day of October, 2024 to the following:

Linda C. Chase
4800 N. Star Ave., Apt. A1206
Panama City, FL 32404

/s/ Ian C. White
Attorney