### RETURN OF SERVICE

**PERSON TO BE SERVED:**                                    **RECEIPT NUMBER:** 0002560-24

```
CARMEN WORLEY
SUMMONS
130 JACKSON BLVD., STE. 200, PANAMA CITY BEACH, FL 32407
850-723-4771
```

**PLAINTIFF:** LINDA C. CHASE
-VS-
**DEFENDANT:** ST. JOE COMPANY / SJSA, LLC., ET AL

**TYPE WRIT:** SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, EXHIBIT A, EXHIBIT 1 THROUGH 3.

**COURT:** US DISTRICT COURT                              **COURT DATE:**
**CASE #:** 524CV157RHMJF                                 **COURT TIME:**

Received the above-named writ on September 17, 2024, at 9:07 AM,
and returned the same as unexecuted on October 1, 2024,
in BAY County, Florida, as follows:

### NOT FOUND

By returning said writ unserved for the reason that after due diligence
to locate, the named person to-wit: CARMEN WORLEY
could not be found in BAY County, Florida.

CARMEN WORLEY DOES NOT WORK AT THE LISTED ADDRESS AND WE WERE UNABLE TO
LOCATE HER IN BAY COUNTY, FL.  CARMEN WORLEY LIVES AND WORKS FROM HER HOME
LOCATED AT 2163 WINDHAM DR. IN MOLINO, FL 32577.

SERVICE COST: $40.00                                      TOMMY FORD, SHERIFF
VH, CIVIL CLERK                                           BAY COUNTY, FLORIDA

                                                BY: _____
                                                    VICKY J. HEATH, D.S.

MAIL TO:

    LINDA CHASE
    4800 N. STAR AVE.
    PANAMA CITY, FL 32404
    219-201-6722
    LINDACHASE58@GMAIL.COM

FILED USDC FLND PN
OCT 7 '24 AM 10:43

AO 440 (Rev. 06/12) Summons in a Civil Action

2560-24
RECEIVED
SEP 17 2024
BAY COUNTY
SHERIFF'S OFFICE
907AM

# UNITED STATES DISTRICT COURT
for the

LINDA C. CHASE
_____
Plaintiff(s)

v.

Civil Action No. 5:24-CV-157-RH-MJF

ST JOE COMPANY / SJSA LLC, et al
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARMEN WORLEY
130 JACKSON BLVD STE 260
PANAMA CITY BEACH, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LINDA C. CHASE
4800 N. STAR AVE A1206
PANAMA CITY, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-27-2024

_____
Signature of Clerk or Deputy Clerk

Rec'd 8-26-2024
MB

**Bay County Sheriff's Office**
TOMMY FORD, Sheriff
3421 N. Highway 77
Panama City, Florida 32405

PENSACOLA FL 325
3 OCT 2024 PM
FIRST-CLASS

US POSTAGE PITNEY BOWES
$000.97°
ZIP 32405
02 7W
0008036019 OCT. 03. 2024.

NORTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
1 N. PALAFOX PL.
PENSACOLA, FLORIDA 32591-0333

OCT 07 2024

32502-565599

Post's
(3 top Back)