

| RETURN OF SERVICE |
|---|

PERSON TO BE SERVED:                                              RECEIPT NUMBER: 0002560-24

```
MARY MATOS-WEATHERS
SUMMONS
130 JACKSON BLVD., STE. 200, PANAMA CITY BEACH, FL 32407
```

PLAINTIFF: LINDA C. CHASE
  -VS-
DEFENDANT: ST. JOE COMPANY / SJSA, LLC., ET AL

TYPE WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, EXHIBIT A, EXHIBIT 1 THROUGH 3.

   COURT: US DISTRICT COURT                    COURT DATE:
   CASE #: 524CV157RHMJF                        COURT TIME:

Received the above-named writ on September 17, 2024, at 9:07 AM, and served the same on September 24, 2024, at 12:45 PM, in BAY County, Florida, as follows:

---

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: MARY MATOS-WEATHERS

---

SERVICE COST: $40.00                                   TOMMY FORD, SHERIFF
BM, CIVIL CLERK                                        BAY COUNTY, FLORIDA

BY: _B. lert 180_____
          BANKS MARTIN, D.S.

MAIL TO:

```
LINDA CHASE
4800 N. STAR AVE.
PANAMA CITY, FL 32404
219-201-6722
LINDACHASE58@GMAIL.COM
```

FILED USDC FLND PN
OCT 7 '24 AM 10:43

AO 440 (Rev. 06/12) Summons in a Civil Action

2360-24
RECEIVED
SEP 17 2024
BAY COUNTY
SHERIFF'S OFFICE
at 9:07 AM

# UNITED STATES DISTRICT COURT
for the

LINDA C. CHASE
_Plaintiff(s)_

v.

ST JOE COMPANY / SJSA LLC, et al
_Defendant(s)_

Civil Action No. 5:24-CV-157-RH-MJF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARY MATOS-WEATHERS
130 JACKSON BLVD STE 200
PANAMA CITY BEACH, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LINDA C. CHASE
4800 N. STAR AVE A1206
PANAMA CITY, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8-27-2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Rec'd 8-26-2024
MB

**Bay County Sheriff's Office**
TOMMY FORD, Sheriff
3421 N. Highway 77
Panama City, Florida 32405

PENSACOLA FL 325
3 OCT 2024 PM
FIRST-CLASS

US POSTAGE ᴍᴘPITNEY BOWES
ZIP 32405 $000.97⁰
02 7W
0008036019 OCT. 03. 2024.

NORTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
1 N. PALAFOX PL.
PENSACOLA, FLORIDA 32591-0333

Ross's
(3 top black)