## RETURN OF SERVICE

PERSON TO BE SERVED:                                            RECEIPT NUMBER: 0002560-24

```
ST. JOE COMPANY SJSA, LLC.
REGISTERED AGENT ELIZABETH J. WALTERS / SUMMONS
130 JACKSON BLVD., STE. 200, PANAMA CITY BEACH, FL 32407
```

PLAINTIFF: LINDA C. CHASE
  -VS-
DEFENDANT: ST. JOE COMPANY / SJSA, LLC., ET AL

TYPE WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, EXHIBIT A, EXHIBIT 1 THROUGH 3.

COURT: US DISTRICT COURT                          COURT DATE:
CASE #: 524CV157RHMJF                             COURT TIME:

Received the above-named writ on September 17, 2024, at 9:07 AM,
and served the same on September 19, 2024, at 9:20 AM,
in BAY County, Florida, as follows:

### OTHER

I SERVED THE ST. JOE COMPANY SJSA, LLC. BY SERVING ELIZABETH J. WALTERS, REGISTERED AGENCT, AT THE LISTED ADDRESS.

SERVICE COST: $40.00                                  TOMMY FORD, SHERIFF
VH, CIVIL CLERK                                       BAY COUNTY, FLORIDA

                                                      BY: _B. ____ /80_
                                                          BANKS MARTIN, D.S.

MAIL TO:

LINDA CHASE
4800 N. STAR AVE.
PANAMA CITY, FL 32404
219-201-6722
LINDACHASE58@GMAIL.COM

FILED USDC FLND PN
OCT 7 '24 AM10:43

AO 440 (Rev. 06/12) Summons in a Civil Action

2560-24
**RECEIVED**
SEP 17 2024
BAY COUNTY
SHERIFF'S OFFICE
9+907 AM

## UNITED STATES DISTRICT COURT
for the

_____ )
LINDA C. CHASE )
_____ )
Plaintiff(s) )
 ) Civil Action No. 5-24-CV-157-RH-MJF
v. )
 )
ST JOE COMPANY/SJSA LLC, et al )
_____ )
Defendant(s) )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ST. JOE COMPANY/SJSA LLC/Register Agent ELIZABETH J. WALTERS
130 JACKSON BLVD STE 200
PANAMA CITY BEACH, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LINDA C. CHASE
4800 N. STAR AVE A1206
PANAMA CITY, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-27-2024

_____
Signature of Clerk or Deputy Clerk

Rec'd 8-26-2024
MB

**Bay County Sheriff's Office**
TOMMY FORD, Sheriff
3421 N. Highway 77
Panama City, Florida 32405

US POSTAGE PITNEY BOWES
ZIP 32405 $ 000.97⁰
02 7W
0008036019 OCT. 03. 2024

PENSACOLA FL 325
3 OCT 2024 PM
FIRST-CLASS

NORTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
1 N. PALAFOX PL.
PENSACOLA, FLORIDA 32591-0333

OCT 07 2024

32502–566599

Ross's
(3 top Back)