UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA C. CHASE

    Plaintiff,                                 CASE NO:   5:24-cv-157-RH-MJF

v.

THE ST. JOE COMPANY, et al.,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Defendants, by and through their undersigned counsel, move this Court for an order granting an extension of time in which to respond to the Complaint filed by Plaintiff, and as grounds state the following:

    1.    The undersigned counsel recently filed an appearance in this action on behalf of the Defendants.

    2.    Counsel for Defendants has reviewed the Complaint and needs additional time in which to file a response on behalf of all Defendants.

    3.    Plaintiff initially filed this action in the U.S. District Court for the Northern District of Indiana.

    4.    The case was transferred to the U.S. District Court for the Northern District of Florida on or about July 22, 2024.

5. One of the named Defendants, Carmen Worley, has not yet been served.

6. This Motion will not prejudice Plaintiff, nor is it filed or made for the purpose of causing hindrance or delay.

## CERTIFICATE OF COMPLIANCE

Counsel for Defendants conducted a Rule 7.1(B) conference with Plaintiff and Plaintiff does not oppose this Motion.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an order granting an extension of time of 30 days from the date of the Court's order in which to respond to Plaintiff's Complaint.

Respectfully submitted this 15th day of October, 2024.

                /s/ Ian C. White
**IAN C. WHITE**
Florida Bar No.: 498051
**DEBORAH S. MINNIS**
Florida Bar No.: 0466778
Ausley McMullen
P.O. Box 391
Tallahassee, Florida 32302
Telephone: (850) 224-9115
Facsimile: (850) 222-7560
iwhite@ausley.com
nnelson@ausley.com
dminnis@ausley.com
mwallace@ausley.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed electronically with the Court through the CM/ECF portal and a true and correct copy has been served by First Class U.S. Mail this 15th day of October, 2024, to the following:

Linda C. Chase
4800 N. Star Ave., Apt. A1206
Panama City, FL 32404
*Plaintiff*

                                          */s/ Ian C. White*
                                          Attorney