## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

LINDA C CHASE.,

v.

Case No.  5:24-cv-157-RH-MJF

ST. JOE COMPANY/SJSA LLC, *et al.*

## REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on October 16, 2024

Motion/Pleadings: Motion for Extension of Time to File Answer/Response

Filed by Defendants St. Joe Company/SJSA LLC and Mary Matos-Weathers[1] on October 15, 2024  Doc. # 16

> JESSICA J. LYUBLANOVITS,
> CLERK OF COURT
>
> s/ Jessica Bjerke-Owens, Law Clerk

---

Defendants' motion is **GRANTED**.

**On or before November 12, 2024**, Defendants St. Joe Company/SJSA LLC and Mary Matos-Weathers shall file their responsive pleading to the complaint, Doc. 1.

**SO ORDERED** this 17th day of October 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] Plaintiff has not yet served Defendant Carmen Worley. *See* Doc. 12.