# ESCAMBIA COUNTY SHERIFF'S OFFICE
## ESCAMBIA COUNTY, FLORIDA

## NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ECSO24CIV034338NON  **Agency Number:** 25-000136
**Court:** UNITED STATES DISTRICT COURT
**County:** NORTHERN DISTRICT OF FLORIDA
**Case Number:** 5 24 CV 157 RH MJF

**Attorney/Agent:**
LINDA C. CHASE

4800 N STAR AVE A1206
PANAMA CITY, FL  32404

**Plaintiff:** LINDA C CHASE
**Defendant:** ST JOE COMPANY/SJSA LLC ET AL

**Type of Process:** SUMMONS IN CIVIL ACTION/CIVIL COMPLAINT/EXHIBIT A/EXHIBIT 1/EXHIBIT 2/EXHIBIT 3

Individual

Received this Writ on 10/3/2024 at 11:09 AM and served same on CARMEN WORLEY , at 9:45 AM on 10/7/2024 in ESCAMBIA COUNTY, FLORIDA, by delivering a true copy of this Writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me.

CHIP W SIMMONS, SHERIFF
ESCAMBIA COUNTY, FLORIDA

By: _____
R. SMITH, DS

Service Fee: $40.00
Receipt No: 237232-24-

FILED USDC FLND PN
OCT 31 '24 PM2:49

Printed By:  MRM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

**RECEIVED**
SEP 17 2024
BAY COUNTY
SHERIFF'S OFFICE
at 9:07 Am

Linda C. Chase
Plaintiff(s)

v.

Civil Action No. 5:24-CV-157-RH-MJF

St Joe Company / SJSA LLC, et al
Defendant(s)

**RECEIVED**
2024 OCT -3 AM 11:09
ESCAMBIA COUNTY, FL
SHERIFF'S OFFICE
CIVIL UNIT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carmen Worley
130 Jackson Blvd Ste 200
Panama City Beach, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Linda C. Chase
4800 N. Star Ave A1206
Panama City, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-27-2024

*signature*
Signature of Clerk or Deputy Clerk

FILED USDC FLND PN
OCT 31 '24 PM 2:45

Rec'd 8-26-2024
MB