# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY/PENSACOLA DIVISION

LINDA C. CHASE,

    Plaintiff,                                CASE NO: 5:24-cv-157-RH-MJF

v.

ST JOE COMPANY, et al                 NOVEMBER 4, 2024

    Defendants

## MOTION FOR JUDGMENT BY DEFAULT

COMES NOW, Linda C. Chase pro se litigant, submitting a motion requesting this court to grant this motion for Judgment by Default. The summons states, "Within 21 days after service of this summons on you (not counting the day you receive it) ... you must serve on the plaintiff an answer to the attached complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff.... If you fail to respond, judgment by default will be entered against you for the relief

FILED USDC FLND PN  JFJ
NOV 4 '24 PM 2:26

demanded in the complaint. You must also file your answer or motion with the court." I will respectfully show why this motion should be granted. I am submitting exhibit 1, a total of fourteen (14) pages to support why this motion should be granted.

1. On June 14, 2024, a civil complaint was filed against defendants.

2. On or around July 22, 2024, the civil complaint was transferred to the Northern District of Florida.

3. On August 27, 2024, a total of three (3) summons, one for each defendant (ST. Joe Company/SJSA's Registered Agent, Elizabeth J. Walters, Mary Matos-Weathers, and Carmen Worley) were mailed to plaintiff and were received on or around September 12, 2024.

4. On September 19, 2024, the Bay County Sherriff's Office served Elizabeth Walters, exhibit 1, p. 11.

5. On September 24, 2024, Bay County Sherriff's Office served Mary Matos-Weathers, exhibit 1, p. 12.

6. On October 1, 2024, the summons for Carmen Worley was returned unexecuted, exhibit 1, page 10 due to residing in Escambia County. The unexecuted summons was retrieved by me on October 2, 2024, and Ms. Worley's Pensacola address was provided to me.

7. On October 1, 2024, I provided proof of service for Elizabeth Walters & Mary Matos-Weathers to the Northern District of Florida Court, Pensacola. Please see the bottoms of pages 11 & 12 for the court's received stamped date 10/01/2024 at 2:59 PM.

8. On October 1, 2024, an AMENDED NOTICE OF APPEARANCE was submitted to the Northern District of Florida by the defendants' counsel, and a copy was provided to me via First Class U. S. Mail, exhibit 1, pgs. 1-2.

9. On October 3, 2024, the unexecuted summons for Carmen Worley was received by the Escambia County Sherriff's Office, exhibit 1, p. 7.

10. On October 15, 2024, twenty-six (26) days after Elizabeth Walters was served the summons, and twenty-one (21) days after Mary Matos-Weathers was served the summons, I received an email asking if I have an objection to defendants St. Joe Company and Mary Matos-Weathers requesting an extension to which I replied, "No, ....", exhibit 1, pgs. 13-14, and on October 15, 2024, the extension was filed with the Northern District of Florida, exhibit 1, pgs. 3-5. A copy was provided to me.

11. On or around October 30, 2024, a letter postmarked 10/18/2024 from the Escambia County Sherriff's Office was stuck on my apartment

door, exhibit 1, p. 9. The contents of the letter are pages 6-8. Page 6 reveals that Carmen Worley was served her summons on October 7, 2024, roughly 23 days after I received the mail piece from Escambia County Sherriff's Office. Please read the posted note on page 6. It reads, "Return for the Court."

12. On October 31, 2024, I submitted the originals of pages 6-8 to the court as the posted note stated.

Rule 56 of the Federal Rules of Procedure addresses Declarations submitted in Bad Faith. A declaration is defined as the act of making an official statement about something. On 10/15/2024, I was unaware that Carmen Worley was served the summons on 10/07/2024, but in an attempt to bargain in Good Faith, I didn't object to an extension because all defendants, to my knowledge, were not served. Please see exhibit 1, p. 4, #5. It reads, "One of the Defendants, Carmen Worley, has not yet been served, when in fact, she was served on 10/07/2024, eight (8) days after I agreed to not object to an extension. It is solely the responsibility of the defendant(s) or defendants' representative to respond to the summons within 21 days. PLEASE SEE EXHIBIT 2,6 A MOTION WAS FILED BEFORE SUMMONS WERE ENTERED ON THE DOCKET.

Based upon the evidence presented above, I pray that the court honors this Motion for Judgment by Default and grant me the relief demanded in this complaint. I am also requesting that the court grants leniency when deciding my request as I am not a lawyer, and to please consider the fact that I am an American with a Disability; therefore, I am protected/covered by the Americans with Disability Act (ADA) of 1990. Pages 4-5 of 52 of my civil complaint dated 06/14/2024 is proof that I am "severely" disabled by SSA guidelines; therefore, I am requesting the court to reasonably accommodate me in rules, policies, procedures, etc. as listed in the Joint Statement between HUD & DOJ, pages 1-3 of 52 of my initial complaint dated 06/14/2024.

Humbly submitted,

*Linda C. Chase*

Linda C. Chase

4800 N. Star Ave. A1206

Panama City, FL 32404

219-201-6722

lindachase58@gmail.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY/PENSACOLA DIVISION**

CASE NO: 5:24-CV-157-RH-MJF

**CERTIFICATE OF SERVICE**

I, LINDA C. CHASE, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by email (manner of service; i.e., U.S. Mail, electronic mail, etc.) on this 4th day of NOVEMBER, 2024, to:

AUSLEY MCMULLEN  123 SOUTH CALHOUN ST
iwhite@ausley.com    P.O. BOX 391  32302
nnelson@ausley.com   TALLAHASSEE, FL 32301
dminns@ausley.com
mwallace@ausley.com

11/04/2024
(Date)

Linda C. Chase
Signature