# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LINDA C. CHASE

    Plaintiff,

v.

    CASE NO: 5:24-cv-157-RH-MJF

ST. JOE COMPANY, et al.,

    Defendants.

_____/

## AMENDED NOTICE OF APPEARANCE

**PLEASE NOTE** the appearance of Ian C. White, Esq. and Deborah S. Minnis, Esq. as counsel for Defendants, The St. Joe Company, a Florida corporation, SJSA, LLC, a Florida limited liability company, Carmen Worley, and Mary Matos-Weathers. The undersigned attorneys hereby designate the following primary and secondary email addresses for the purpose of service of all documents required to be served in this proceeding:

    Primary email for Ian C. White:    iwhite@ausley.com
    Secondary email for Ian C. White:    nnelson@ausley.com

    Primary email for Deborah S. Minnis:    dminnis@ausley.com
    Secondary email for Deborah S. Minnis:    mwallace@ausley.com

DATED this 1st day of October, 2024.

/s/ Ian C. White
**IAN C. WHITE**
Florida Bar No.: 498051
**DEBORAH S. MINNIS**
Florida Bar No.: 0466778
Ausley McMullen
P.O. Box 391
Tallahassee, Florida 32302
Telephone: (850) 224-9115
Facsimile: (850) 222-7560
iwhite@ausley.com
nnelson@ausley.com
dminnis@ausley.com
mwallace@ausley.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed electronically with the Court through the CM/ECF portal and a true and correct copy has been served by First Class U.S. Mail this 1st day of October, 2024 to the following:

Linda C. Chase
4800 N. Star Ave., Apt. A1206
Panama City, FL 32404

/s/ Ian C. White
Attorney

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LINDA C. CHASE

    Plaintiff,

v.

                                      CASE NO:   5:24-cv-157-RH-MJF

THE ST. JOE COMPANY, et al.,

    Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendants, by and through their undersigned counsel, move this Court for an order granting an extension of time in which to respond to the Complaint filed by Plaintiff, and as grounds state the following:

1. The undersigned counsel recently filed an appearance in this action on behalf of the Defendants.

2. Counsel for Defendants has reviewed the Complaint and needs additional time in which to file a response on behalf of all Defendants.

3. Plaintiff initially filed this action in the U.S. District Court for the Northern District of Indiana.

4. The case was transferred to the U.S. District Court for the Northern District of Florida on or about July 22, 2024.



5.   One of the named Defendants, Carmen Worley, has not yet been served.

6.   This Motion will not prejudice Plaintiff, nor is it filed or made for the purpose of causing hindrance or delay.

## CERTIFICATE OF COMPLIANCE

Counsel for Defendants conducted a Rule 7.1(B) conference with Plaintiff and Plaintiff does not oppose this Motion.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an order granting an extension of time of 30 days from the date of the Court's order in which to respond to Plaintiff's Complaint.

Respectfully submitted this 15th day of October, 2024.

/s/ Ian C. White
**IAN C. WHITE**
Florida Bar No.: 498051
**DEBORAH S. MINNIS**
Florida Bar No.: 0466778
Ausley McMullen
P.O. Box 391
Tallahassee, Florida 32302
Telephone: (850) 224-9115
Facsimile: (850) 222-7560
iwhite@ausley.com
nnelson@ausley.com
dminnis@ausley.com
mwallace@ausley.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed electronically with the Court through the CM/ECF portal and a true and correct copy has been served by First Class U.S. Mail this 15th day of October, 2024, to the following:

Linda C. Chase
4800 N. Star Ave., Apt. A1206
Panama City, FL 32404
*Plaintiff*

/s/ Ian C. White
Attorney

# ESCAMBIA COUNTY SHERIFF'S OFFICE
## ESCAMBIA COUNTY, FLORIDA

## NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ECSO24CIV034338NON  **Agency Number:** 25-000136
**Court:** UNITED STATES DISTRICT COURT
**County:** NORTHERN DISTRICT OF FLORIDA
**Case Number:** 5 24 CV 157 RH MJF

**Attorney/Agent:**
LINDA C. CHASE

4800 N STAR AVE A1206
PANAMA CITY, FL  32404

**Plaintiff:** LINDA C CHASE
**Defendant:** ST JOE COMPANY/SJSA LLC ET AL

**Type of Process:** SUMMONS IN CIVIL ACTION/CIVIL COMPLAINT/EXHIBIT A/EXHIBIT 1/EXHIBIT 2/EXHIBIT 3

Individual

Received this Writ on 10/3/2024 at 11:09 AM and served same on CARMEN WORLEY , at 9:45 AM on 10/7/2024 in ESCAMBIA COUNTY, FLORIDA, by delivering a true copy of this Writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me.

CHIP W SIMMONS, SHERIFF
ESCAMBIA COUNTY, FLORIDA

By: _____
R. SMITH, DS

Service Fee:  $40.00
Receipt No:   237232-24-





Printed By: MRM

RECEIVED
SEP 17 2024
BAY COUNTY
SHERIFF'S OFFICE
at 9:07AM

# UNITED STATES DISTRICT COURT
for the

LINDA C. CHASE
_Plaintiff(s)_

v.

Civil Action No. 5:24-CV-157-RH-MJF

St Joe Company / SJSA LLC, et al
_Defendant(s)_

RECEIVED 2024 OCT -3 AM 11:09 ESCAMBIA COUNTY, FL SHERIFF'S OFFICE CIVIL UNIT

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

CARMEN WORLEY
130 JACKSON BLVD STE 200
PANAMA CITY BEACH, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LINDA C. CHASE
4800 N. STAR AVE A1206
PANAMA CITY, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8-27-2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Rec'd 8-26-2024
MB

AO 440 (Rev. 06/12) Summons in a Civil Action

2560-24
RECEIVED
SEP 17 2024
BAY COUNTY
SHERIFF'S OFFICE
9:07 AM

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA

LINDA C. CHASE
_____
Plaintiff(s)

v.

ST JOE COMPANY / SJSA, LLC, et al
_____
Defendant(s)

Civil Action No. 5:24-CV-157-RH-MJF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARMEN WORLEY
130 JACKSON BLVD STE 260
PANAMA CITY BEACH, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LINDA C. CHASE
4800 N. STAR AVE A1206
PANAMA CITY, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-27-2024

_____
Signature of Clerk or Deputy Clerk

Rec'd 8-26-2024
MB

P-9

ESCAMBIA COUNTY SHERIFF'S OFFICE
CIVIL UNIT
P.O. BOX 18770
PENSACOLA, FL 32523-8770

LINDA CHASE
4800 N. 5TH. AVE
A1206
PANAMA CITY, FL 32404
32404-92806

PENSACOLA FL
18 OCT 2024 PM


P.10

**TRUE COPY**

| RETURN OF SERVICE |

**PERSON TO BE SERVED:**  RECEIPT NUMBER: 0002560-24

```
CARMEN WORLEY
SUMMONS
130 JACKSON BLVD., STE. 200, PANAMA CITY BEACH, FL 32407
850-723-4771
```

PLAINTIFF: LINDA C. CHASE
-VS-
DEFENDANT: ST. JOE COMPANY / SJSA, LLC., ET AL

TYPE WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, EXHIBIT A, EXHIBIT 1 THROUGH 3.

COURT: US DISTRICT COURT                COURT DATE:
CASE #: 524CV157RHMJF                   COURT TIME:

Received the above-named writ on September 17, 2024, at 9:07 AM, and returned the same as <u>unexecuted on October 1, 2024,</u> in BAY County, Florida, as follows:

**NOT FOUND**

By returning said writ unserved for the reason that after due diligence to locate, the named person to-wit: CARMEN WORLEY could not be found in BAY County, Florida.

CARMEN WORLEY DOES NOT WORK AT THE LISTED ADDRESS AND WE WERE UNABLE TO LOCATE HER IN BAY COUNTY, FL. CARMEN WORLEY LIVES AND WORKS FROM HER HOME LOCATED AT 2163 WINDHAM DR. IN MOLINO, FL 32577.

SERVICE COST: $40.00                    TOMMY FORD, SHERIFF
VH, CIVIL CLERK                         BAY COUNTY, FLORIDA

                                        BY: _____
                                            VICKY J. HEATH, D.S.
MAIL TO:

LINDA CHASE
4800 N. STAR AVE.
PANAMA CITY, FL 32404
219-201-6722
LINDACHASE58@GMAIL.COM

## RETURN OF SERVICE

PERSON TO BE SERVED:   RECEIPT NUMBER: 0002560-24

ST. JOE COMPANY SJSA, LLC.
REGISTERED AGENT ELIZABETH J. WALTERS / SUMMONS
130 JACKSON BLVD., STE. 200, PANAMA CITY BEACH, FL 32407

PLAINTIFF: LINDA C. CHASE
-VS-
DEFENDANT: ST. JOE COMPANY / SJSA, LLC., ET AL

TYPE WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, EXHIBIT A, EXHIBIT 1 THROUGH 3.

COURT: US DISTRICT COURT
CASE #: 524CV157RHMJF
COURT DATE:
COURT TIME:

Received the above-named writ on September 17, 2024, at 9:07 AM,
and served the same on September 19, 2024, at 9:20 AM,
in BAY County, Florida, as follows:

### OTHER

I SERVED THE ST. JOE COMPANY SJSA, LLC. BY SERVING ELIZABETH J. WALTERS, REGISTERED AGENCT, AT THE LISTED ADDRESS.

SERVICE COST: $40.00
VH, CIVIL CLERK

TOMMY FORD, SHERIFF
BAY COUNTY, FLORIDA

BY: _____
BANKS MARTIN, D.S.

MAIL TO:

LINDA CHASE
4800 N. STAR AVE.
PANAMA CITY, FL 32404
219-201-6722
LINDACHASE58@GMAIL.COM



## RETURN OF SERVICE



PERSON TO BE SERVED:                                    RECEIPT NUMBER: 0002560-24

```
MARY MATOS-WEATHERS
SUMMONS
130 JACKSON BLVD., STE. 200, PANAMA CITY BEACH, FL 32407
```

PLAINTIFF: LINDA C. CHASE
  -VS-
DEFENDANT: ST. JOE COMPANY / SJSA, LLC., ET AL

TYPE WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, EXHIBIT A, EXHIBIT 1 THROUGH 3.

COURT: US DISTRICT COURT                   COURT DATE:
CASE #: 524CV157RHMJF                      COURT TIME:

Received the above-named writ on September 17, 2024, at 9:07 AM, and <u>served the same</u> on September 24, 2024, at 12:45 PM, in BAY County, Florida, as follows:

### INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: MARY MATOS-WEATHERS

SERVICE COST: $40.00                                    TOMMY FORD, SHERIFF
BM, CIVIL CLERK                                         BAY COUNTY, FLORIDA

MAIL TO:                                     BY: _____
                                                 BANKS MARTIN, D.S.

LINDA CHASE
4800 N. STAR AVE.
PANAMA CITY, FL 32404
219-201-6722
LINDACHASE58@GMAIL.COM

 Gmail   Linda Chase <lindachase58@gmail.com>

(p.13)

## Case 5:24 cv-00157 RH Chase v. St. Joe Company/SJSA LLC
3 messages

---

**Nancy Nelson** <nnelson@ausley.com>   Tue, Oct 15 at 10:08 AM
To: lindachase58@gmail.com <lindachase58@gmail.com>
Cc: Ian White <IWhite@ausley.com>, Deborah Minnis <dminnis@ausley.com>, Margaret Wallace <MWallace@ausley.com>

Ms. Chase,

Please advise if you have an objection to the defendants St. Joe Company and Mary Matos-Weathers requesting an extension of time respond to the complaint filed in this matter.   Thank you.

**Nancy P. Nelson**

Legal Assistant

Direct Dial: 850-425-5460 | Fax: 850-222-7560

nnelson@ausley.com

123 South Calhoun Street, Tallahassee, Florida 32301

ausley.com



Confidentiality Notice: This message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please notify the sender by reply email so that our address records can be corrected and then delete the email and all attachments from your system. Thank you.

---

**Linda Chase** <lindachase58@gmail.com>   Tue, Oct 15 at 11:11 AM
To: Nancy Nelson <nnelson@ausley.com>
Cc: Ian White <IWhite@ausley.com>, Deborah Minnis <dminnis@ausley.com>, Margaret Wallace <MWallace@ausley.com>

**Nancy Nelson** <nnelson@ausley.com>  
To: Linda Chase <lindachase58@gmail.com>  
Cc: Ian White <IWhite@ausley.com>, Deborah Minnis <dminnis@ausley.com>, Margaret Wallace <MWallace@ausley.com>

Tue, Oct 15 at 12:07 PM

Thank you for your reply.

**NANCY P. NELSON**

**Ausley McMullen**

Direct Dial: 850-425-5450

[Quoted text hidden]

Query   Reports   Utilities   Help

ProSeNonPrisonerCase

# U.S. District Court
# Northern District of Florida (Panama City)
# CIVIL DOCKET FOR CASE #: 5:24-cv-00158-MW-MJF

CHASE v. ARBOR PROPERTIES DEVELOPMENT INC et al
Assigned to: CHIEF JUDGE MARK E WALKER
Referred to: MAGISTRATE JUDGE MICHAEL J FRANK
Demand: $9,999,000
Case in other court: Indiana Northern, 2:24-cv-00206
Cause: 42:405 Fair Housing Act

Date Filed: 07/24/2024
Jury Demand: None
Nature of Suit: 443 Civil Rights: Accomodations
Jurisdiction: Federal Question

**Plaintiff**

**LINDA C CHASE**            represented by **LINDA C CHASE**
4800 N STAR AVE
A1206
PANAMA CITY, FL 32404
219-201-6722
PRO SE

V.

**Defendant**

**ARBOR PROPERTIES DEVELOPMENT INC**            represented by **RYAN BLAKE HOBBS**
BROOKS LEBOEUF FOSTER ETC - TALLAHASSEE FL
909 EAST PARK AVENUE
TALLAHASSEE, FL 32301
850-222-2000
Fax: 850-222-9757
Email: rhobbs@toomuchatstake.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GORDON THAMES**
*Owner*

represented by **RYAN BLAKE HOBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JILL HEWITT**
*Property MGR*

represented by **RYAN BLAKE HOBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

(p.2)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2024 | 1 | PRO SE COMPLAINT against Arbor Properties Development Inc, Jill Hewitt, Gordon Thames, filed by Linda C Chase. (Attachments: # 1 Exhibit)(rmf) [Transferred from Indiana Northern on 7/24/2024.] (Entered: 06/17/2024) |
| 06/14/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Linda C Chase. (rmf) [Transferred from Indiana Northern on 7/24/2024.] (Entered: 06/17/2024) |
| 07/22/2024 | 3 | ORDER: The Court DENIES the Plaintiff's Motion For Leave To Proceed In Forma Pauperis 2 and TRANSFERS the case to the United States District Court for the Northern District of Florida, where Plaintiff shall pay the filing fee in accordance with a deadline to be set by that Court. Signed by Judge Gretchen S Lund on 07/22/2024. (Copy mailed to pro se party, certified mail, #)(jdb) [Transferred from Indiana Northern on 7/24/2024.] (Entered: 07/24/2024) |
| 07/24/2024 | 4 | Case transferred in from District of Indiana Northern; Case Number 2:24-cv-00206. Original file certified copy of transfer order and docket sheet received. (Entered: 07/24/2024) |
| 07/24/2024 |  | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 4 Case Transferred In - District Transfer. (jcw) (Entered: 07/24/2024) |
| 07/24/2024 | 5 | Notice to Pro Se (jcw) (Entered: 07/24/2024) |
| 07/25/2024 | 6 | ORDER. The clerk of the court shall send to Plaintiff a notice of voluntary dismissal form with this case number written on it. On or before August 26, 2024, Plaintiff shall: a. pay $405 ($350 filing fee and $55 administrative fee) to the |

clerk of the court; or b. file a notice of voluntary dismissal. (Filing Fee or Notice of Voluntary Dismissal due by **8/26/2024**.) (Form mailed w/ORDER). Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 7/25/2024. (mb) (Entered: 07/25/2024)

| Date | # | Description |
|---|---|---|
| 08/12/2024 | 7 | NOTICE of Change of Address by LINDA C CHASE (Address updated to 4800 N Star Ave A1206, Panama City, FL 32404) (jcw) (Entered: 08/12/2024) |
| 08/26/2024 | 8 | Filing fee: $ 405.00, receipt number DFLN3-1153. Fee status updated to *paid.* (mb) (Entered: 08/26/2024) |
| 08/26/2024 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 8 Filing Fee Received re 6 ORDER. (mb) (Entered: 08/26/2024) |
| 08/27/2024 | 9 | Summons Issued as to ARBOR PROPERTIES DEVELOPMENT INC, JILL HEWITT, GORDON THAMES and mailed to plaintiff. (jcw) (Entered: 08/27/2024) |
| 10/08/2024 | 10 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by ARBOR PROPERTIES DEVELOPMENT INC, JILL HEWITT, GORDON THAMES. (Attachments: # 1 Exhibit FCHR's Final Order) Motions referred to MICHAEL J FRANK. (HOBBS, RYAN) (Entered: 10/08/2024) |

| RETURN OF SERVICE |

(P4)

SHERIFF NUMBER: 24011642

PARTY TO BE SERVED
JILL HEWITT
4910 N MONROE STREET
TALLAHASSEE, FL 32303

ATTORNEY / PETITIONER
LINDA CHASE
16 LOCUST STREET
HAMMOND, IN 46324

PLAINTIFF:   LINDA C CHASE
  -VS-
DEFENDANT:   ARBOR PROPERTIES DEVELOPMENT INC ET AL

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT

COURT:   UNITED STATES DISTRICT COURT/
NORTHERN DISTRICT /
  CASE #:   524CV158MWMJF

COURT DATE:
COURT TIME:

Received the above-named writ on September 13, 2024, at 2:01 PM, and SERVED the same on the 18th day of September 2024, at 2:50 PM. Service was completed at 4910 N MONROE STREET TALLAHASSEE, FL 32303 in LEON County, Florida, as follows:

SUBSTITUTE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to the person's usual place of employment, to an employee there in, to wit: Brianna Drummond, ADMIN, and informing said person of their contents.
Sub-served.

SERVICE COST: $40.00
Simpson, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT
IN

BY:_____
Process Server Matthew Rogers, Badge # 1502



# RETURN OF SERVICE

SHERIFF NUMBER: 24011643

**PARTY TO BE SERVED**
GORDON THAMES
4910 N MONROE STREET
TALLAHASSEE, FL 32303

**ATTORNEY / PETITIONER**
LINDA CHASE
16 LOCUST STREET
HAMMOND, IN 46324

PLAINTIFF: LINDA C CHASE
-VS-
DEFENDANT: ARBOR PROPERTIES DEVELOPMENT INC ET AL

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT

COURT: UNITED STATES DISTRICT COURT/
NORTHER DISTRICT /
CASE #: 524CV158MWMJF

COURT DATE:
COURT TIME:

Received the above-named writ on September 13, 2024, at 2:09 PM, and SERVED the same on the 18th day of September 2024, at 2:50 PM. Service was completed at 4910 N MONROE STREET TALLAHASSEE, FL 32303 in LEON County, Florida, as follows:

SUBSTITUTE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to the person's usual place of employment, to an employee there in, to wit: Brianna Drummond, ADMIN, and informing said person of their contents.
Sub-served.

SERVICE COST: $40.00
Simpson, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT
IN


BY:
Process Server Matthew Rogers, Badge # 1502



## RETURN OF SERVICE

SHERIFF NUMBER: 24011644

PARTY TO BE SERVED
ARBOR PROPERTIES DEVELOPMENT INC
4910 N MONROE STREET
TALLAHASSEE, FL 32303

ATTORNEY / PETITIONER
LINDA CHASE
16 LOCUST STREET
HAMMOND, IN 46324

PLAINTIFF:   LINDA C CHASE
  -VS-
DEFENDANT:   ARBOR PROPERTIES DEVELOPMENT INC ET AL

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT

COURT:   UNITED STATES DISTRICT COURT/
NORTHERN DISTRICT /
CASE #:   524CV158MWMJF

COURT DATE:
COURT TIME:

Received the above-named writ on September 13, 2024, at 2:14 PM, and SERVED the same on the 18th day of September 2024, at 2:50 PM. Service was completed at 4910 N MONROE STREET TALLAHASSEE, FL 32303 in LEON County, Florida, as follows:

CORPORATE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to wit: <u>Brianna Drummond</u> as an <u>employee</u> of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with Chapter 48.091, Florida Statutes after the provisions as set forth in Chapter 48.081 (3), Florida Statutes have been met.
Sub-served.

SERVICE COST: $40.00
Simpson, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT
IN

BY: _____
Process Server Matthew Rogers, Badge # 1502

