# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LINDA C. CHASE

v.

ST JOE COMPANY/SJSA LLC., *et al.*

Case No.  5:24-cv-157-RH-MJF

## REFERRAL AND ORDER

Motion Referred: Plaintiff's Motion for Judgment by Default

Doc. # 19

>JESSICA J. LYUBLANOVITS,
>CLERK OF COURT
>
>s/ Jessica Bjerke-Owens, Law Clerk

Plaintiff's motion for judgment by default is **DENIED** because Defendants are not in default.

Defendants' deadline to file an answer is **November 12, 2024**.

**SO ORDERED** this 6th day of November, 2024.

>/s/ *Michael J. Frank*
>**Michael J. Frank**
>**United States Magistrate Judge**