9514 9065 9516 4315 9881 10
Cert # 9589 0710 5270 2046 4993 59

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA

LINDA C. CHASE
)
) Plaintiff(s)
)
v.                                    ) Civil Action No. 5:24-CV-157-RH-MJF
)
ST. JOE COMPANY/SJBA LLC, et al.      )
) Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARMEN WORLEY
2163 WINDHAM DR
MOLINO, FL 32577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Summons includes*
*initial complaint*
*dated 04/14/2024 Exhibits*
*A, 1-3, total of 52 pp*

LINDA C CHASE
4800 N. STAR AVE A206
PANAMA CITY, FL 32404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10-9-24

CLERK OF COURT
JESSICA J. LYUBLANOVITS

*Signature of Clerk or Deputy Clerk*

FILED USDC FLND PN
NOV 14 '24 AM 10:20

9574 2065 9516 4315 9881 10 ✓
Cert. # 9589 0710 5270 2046 4993 57 ok

Civil Action No. 5:24-CV-157-RH-MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CARMEN WORLEY
was received by me on *(date)* October 9, 2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* CARMEN WORLEY , a person of suitable age and discretion who resides there,
on *(date)* 10/17/2024 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CARMEN WORLEY , who is designated by law to accept service of process on behalf of *(name of organization)* ST. JOE COMPANY/ SJSA, LLC, et al on *(date)* October 17, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: PLEASE SEE THE ATTACHED 8 pages. CARMEN WORLEY WAS SERVED VIA U.S. CERTIFIED MAIL TRACKING #'s 9589 0710 5270 2046 4993 40 + 9502 7065 8841 4294 2284 16 ON 10/17/2024 at 10:59 AM. PLEASE SEE pgs 3 + 5(a) USPS TRACKING INTRANET. FOR SIGNATURES

My fees are $ 426.12 for travel and $ 19.40 for services, for a total of $ 445.52  0.00

I declare under penalty of perjury that this information is true.

Date: 11/10/2024

*Linda C. Chase*
Server's signature

LINDA C CHASE
Printed name and title

4800 N. STAR AVE A1206, PANAMA CITY, FL 32404
Server's address

FILED USDC FLND PN
NOV 14 '24 AM10:20

Additional information regarding attempted service, etc:

PLEASE SEE postal receipt p.6 for proof that I paid for a return receipt (GREEN CARD) IN THE AMOUNT OF $4.10 for tracking # 9590 9402 8393 3156 7641 55, pg 7. ACCORDING TO THE TRACKING, THE RETURN RECEIPT ARRIVED AT USPS FACILITY IN PENSACOLA, FL, BUT I HAVE NOT RECEIVED AS OF 11/10/2024; THEREFORE, pgs. 3 + 5(a) WERE PRINTED BY USPS 10/30/2024 + 10/21/2024, respectively, AS PROOF OF SERVICE.

10/21/24, 12:14 PM — USPS Tracking Intranet

9589 0110 5270 2046 4993 57
9574 7065 9516 4315 [illegible] 10

# Product Tracking & Reporting


UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information

October 21, 2024

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9589 0710 5270 2046 4993 40

Tracking Expires On October 11, 2026

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 32577 | [illegible] | FL |

**Origin**

| City | State |
|---|---|

### Tracking Number Classification

Class of Service: Certified Mail
Class of Mail/Mail Description: 1/[illegible]

**Destination Address Information**

Address: [illegible]
City: MILTON
State: FL
5-Digit ZIP Code: 32577
4-Digit ZIP Code: [illegible]
Delivery Point Code: 65
[illegible]
Delivery Type: Residential, Sidewalk

**Service Delivery Information**

Expected Delivery: on Tuesday, 10/15/2024
FOB: N
Other Information: Service Calculation Information

**Payment**

[illegible]

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified | |

### Events

| Event | Event Code | Event Date | Event Time | Location | Event Input | Scanner ID | Carrier Route | [illegible] | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | 10/15/2024 | | MILTON, FL 32577 | Scanned | [illegible] | | | [illegible] Request Delivery Record |

10/21/24, 12:14 PM                                     USPS Tracking Intranet

9514 7416 9676 4316 9881 10
Cert # 9589 0710 5270 2046
4993 57
(2)

[Table illegible due to scan quality — USPS tracking event log with columns: Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Postal Mgr Central Entry | Other Information]

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search  ▼   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

10/21/24, 12:14 PM     USPS Tracking Intranet

Cert # 9589 0710 5270 2046
9514 7065 9516
4315 988110   499359

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information |

UNITED STATES POSTAL SERVICE

October 21, 2024

③

## USPS Tracking Intranet

**Delivery Signature and Address**

Tracking Number: 9589 0710 5270 2046 4956 49

This item was delivered on 10/17/2024 at 10:59:00

< Return to Tracking Number View



Signature: [signature]

Address: CarmenWarley
2163 Winch...

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1729180740000&signatureLabelId=52D...   1/1

Cert #14581  9214 2046 409357
9514 7065 9516 4315
9881 10   (4)



Sent To: CARMEN WORLEY
Street and Apt. No., or PO Box No.: 2163 WINDHAM DR
City, State, ZIP+4: MOLINO FL 32577

Cert # 9589 0710 5270 2046 4893 57
9514 2065 9576 4315  (5)
9588110

11:45

# USPS Tracking®

FAQs >

**Tracking Number:**

**9502706588414284228416**

Copy    Add to Informed Delivery

Remove ✗

## Latest Update

Your item was delivered to an individual at the address at 10:59 am on October 17, 2024 in MOLINO, FL 32577.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

✓ **Delivered**
**Delivered, Left with Individual**
MOLINO, FL 32577
October 17, 2024, 10:59 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

tools.usps.com

Cert # 9589 0710 5276 2046
9514 7065 9516   4305 9981 10
(5a) 4993 51

**Product Tracking & Reporting**

Home  Search  Reports  Manual Entry  Refund Center  PTR/EDW  Customer Information

USPS Tracking Intranet
**Delivery Signature and Address**
Tracking Number: 9502 7065 0041 4265 2250 15
This item was delivered on 10/17/2024 at 10:59:00
< Return to Tracking Number View

Signature: [signature]
CarmenWorley
2163 Windsor

← INDIVIDUAL THE CERTIFIED WAS LEFT WITH.

Enter up to 35 items separated by commas.

Select Search Type:  Quick Search  Search

Product Tracking & Reporting. All Rights Reserved
Version: 25.1.1-edcb7659

*Cert # 9589 8110 5270 2046 4993 59*
*9514 7066 9614 4315 9881 10*
*(6)*



**UNITED STATES POSTAL SERVICE**

```
              HUMBLE
          1202 E 1ST ST ✓
       HUMBLE, TX 77338-9998
            (800)275-8777
```

(10/10/2024)                          02:18 PM

----------------------------------------
Product         Qty      Unit        Price
                         Price
----------------------------------------

Priority Mail®    1                  $10.45
Flat Rate Env
   Molino, FL  32577 ✓   *Worley*
   Weight: 11.40 oz
   Expected Delivery Date
     Sat 10/12/2024
   Tracking #:
     9502 7065 8841 4284 2284 16
   Insurance                         $0.00
     Up to $100.00 included
*Return Receipt →* Certified Mail®    $4.85
                   Return Receipt     $4.10
                ← Tracking #:
     9590 9402 8393 3156 7641 55
Total    *9590 9402*                 $19.40

First-Class Mail®  1   *Arbor Prop's*  $3.43
Large Envelope         *Jill, the ones*
   Tallahassee, FL  32303
   Weight: 7.70 oz
   Estimated Delivery Date
     Tue 10/15

First-Class Mail®  1                  $2.04
Large Envelope         *bbb*
   Tallahassee, FL  32301
   Weight: 2.90 oz
   Estimated Delivery Date
     Tue 10/15/2024

First-Class Mail®  1                  $2.31
   Envelope            *Clerk of Ct.*
   Pensacola, FL  32502  *NDCL*
   Weight: 3.40 oz
   Estimated Delivery Date
     Tue 10/15/2024
   Tracking #:
     9507 7065 8841 4284 2284 33

*9507 1065 8841 4284 2284 33*

*Cert 9589 0140 5270 2046 4893 59*
*9514 7065 9516 4316* ⑦
*9881 10*

8:01

## USPS Tracking

**Tracking Number:**                    Remove ✕

# 9590940283933156764155

📋 Copy     🏃 Add to Informed Delivery

### Latest Update

Your item arrived at our USPS facility in PENSACOLA FL PROCESSING CENTER on October 17, 2024 at 7:47 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

● **Moving Through Network**
**Arrived at USPS Regional Facility**
PENSACOLA FL PROCESSING CENTER
October 17, 2024, 7:47 pm

● **Return Receipt Associated**
October 10, 2024, 2:06 pm

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**                  ⌄

**Delivery Instructions**                 ⌄

🔒 tools.usps.com

