11/10/2024

Cert # 9589 0710 5270 2046 4993 57
9514 7065 9576 4315 9881 10

Northern District
of Florida
Clerk of the Court
1 N. Palafox
Pensacola, FL 32502

Please see the attached summons dated 10/09/2024 and proof of service for Civil Action 5:24-CV-157-RA-MJF. The summons was mailed from Humble, TX on 10/10/2024 via Certified Mail. Please see my U.S.P.S. receipt, page #6. Since the Green Card (Return Receipt) is still in Pensacola, FL, I have the Postal Service print the signature/Green Card image of the signature + address. This should be acceptable proof of service. Due to the fact that I had the same issue with Civil Action No. 2:24-CV-163-TLS-APR which was filed in Hammond, IN. The Northern District Court of IN accepted the U.S.P.S. Intranet tracking (i.e. pages 3+5(a)) as proof of service. Please make sure these pages are entered on the docket as being received. Thank you for all that you do!

Sincerely,
Linda C. Chase
4800 N. Star Ave A1206
Panama City, FL 32404    (219)201-6722   lindachase58@gmail.com

RCV'D USDC FLND PN
NOV 14 '24 AM 10:20