UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA C. CHASE,

    Plaintiff,

v.                                    Case No.  5:24-cv-157-RH/MJF

ST JOE COMPANY/SJSA LLC, *et al.*,

    Defendants.
_____/

## ORDER

On November 12, 2024, Defendants filed a motion to dismiss. Doc. 21. Before the District Court addresses Defendants' motion, Plaintiff shall be afforded an opportunity to respond.

If Plaintiff opposes the motion to dismiss, she **must** file a response in opposition. N.D. Fla. Loc. R. 7.1(E) ("A party who opposes the motion must file a memorandum in opposition."). Failure to respond in opposition to Defendants' motion to dismiss will cause this court to presume that Plaintiff does not oppose the Defendants' motion to dismiss and consents to a dismissal of this action.

If, after Plaintiff reviews Defendants' motion to dismiss, Plaintiff consents to dismissal of this action, she shall **file a notice of dismissal pursuant to** Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED**:

1. If Plaintiff opposes Defendants' motion to dismiss, **on or before December 27, 2024**, Plaintiff must file a response in opposition to the motion. Any response must comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Florida.

2. **Alternatively, if Plaintiff does not oppose the motion to dismiss, on or before December 27, 2024**, Plaintiff must file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3. Failure to file a response in opposition to Defendants' motion to dismiss will cause this court to presume that Plaintiff does not oppose Defendants' motion to dismiss, does not dispute the merits of Defendants' motion, and consents to a dismissal of this action. **Additionally, it likely would result in dismissal of this action for failure to prosecute.**

**SO ORDERED** this 25th day of November, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**