# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# Panama City Division

LINDA C. CHASE,

    Plaintiff

v.                                  Civil Action No. 5:24-cv-00157-RH-MJF

St. Joe Company, SJSA LLC, et al    November 27, 2024

    Defendant

## RESPONSE/OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Comes now the Plaintiff, Linda C. Chase, pro se litigant, submitting a response in opposition to Defendants' Motion to Dismiss and will respectfully show why the Motion to Dismiss should not be granted. I am submitting three (3) exhibits (A, B, & C) to support why Defendants' Motion to Dismiss should not be granted.

1. On July 24, 2023, Fair Housing Complaint was filed with HUD/FHEO against



the defendants alleging discrimination on the grounds of disability when I was refused to be reasonably accommodated in rules, policies, etc. The complaint was assigned HUD Case 04-23-5520.

2. HUD/FHEO assigned the complaint to Florida Commission on Human Relations (FCHR). The complaint was assigned to Lisa Sutherland with the FCHR Case # 202426029.

3. My complaint was denied alleging the Medical Release Authorization Form was not signed and/or returned by my psychiatrist, Dr. Nitin Thapar; therefore, FCHR mailed me a Petion for Relief, but I refused to submit the Petion for Relief due to the fact that FCHR denied my Fair Housing Complaint based on State Statute 760.23. Title VIII/Fair Housing of the Civil Right of 1968 is a Federal Law. Federal laws supersede state statutes.

4. On June 14, 2024, a Civil Complaint was filed in the Northern District of Indiana and assigned case 2:24-cv-205. See Initial Complaint stamped June 14, 2024, pages 1-9.

5. On or around July 22, 2024, civil complaint 2:24; cv-205 was transferred to the Northern District of Florida and assigned case number 5:24-cv-00157-RH-MJW, and summons were mailed to plaintiff. The summons were received on or around September 12, 2024.

6. Since Carmen Worley's summons was returned to the NDFL unexecuted, another summons dated October 9, 2024 was provided to

plaintiff to reflect Ms. Worley's current address, 2163 Windham Drive, Molino, FL 32577.

7. Summons were issued and served to all defendants. Carmen Worley was the last defendant served not only by the Escambia County Sherriff's office on October 7, 2024 but also via U S certified mail on October 17, 2024 with a return receipt (green card) attached. See Exhibit C, pages 8-9.

8. On November 14, 2024, proof of service of the summon dated October 9, 2024, served on Ms. Worley was received by the NDFL on November 14, 2024 and signed by NDFL employee A'Donna Bridges, exhibit C, page 10.

Please see exhibit A, a total of 15 pages, "Joint Statement of the Department of Housing and Urban Development and the Department of Justice, subtitled "Reasonable Accommodations Under the Fair Housing Act". Both Federal agencies are jointly responsible for enforcing the **federal** (emphasis intended) Fair Housing Act (the "Act") which prohibits discrimination in housing on **the basis of**..., and **disability** (emphasis intended). One type of disability discrimination prohibited by the ACT is refusal to make reasonable accommodation **in rules, policies...** Please see page 2, Q 1. It has been underlined. In my initial complaint filed June 14, 2024, pages 1-9, I was refused and provided proof that I was refused to be reasonably accommodated in policies by the defendants. Please my initial complaint,

Exhibit A, pages 1-5 of 52 pages. Please read my hand written notes. Pages 4 & 5 contain proof that, by the Social Security Administration (a FEDERAL Agency) laws/standards, I am disabled; therefore, I must be reasonably accommodated.

Please refer to exhibit A, pages 9-15, Questions 11, 15, 19 which is a part of my response/opposition to defendants' Motion to Dismiss. "May a housing provider charge an extra fee or require an additional deposit...? The defendants violated their own policy when I was required to pay an additional deposit alleging that my credit report was pulled by Leasing Desk as opposed RealPage, Inc which is listed in their "Statement of Rental Policy", #4. Please see initial complaint page 12 of 52 for the defendants' "Statement of Rental Policy,". The last paragraph of exhibit A, page 15 gives me the right to file a private lawsuit. It Reads, "A HUD or DOJ decision not to proceed with a Fair Housing Act matter does NOT foreclose private plaintiff's from pursuing a private lawsuit (i.e. civil complaint).

Please refer back to exhibit B, a total of 10 pages., "Learn about the FHEO Complaint and Investigation Process." This was printed on 08/02/2024, less than a month of filing my Fair Housing complaint against the defendants. Pages 1-1(a) are the same, and since some of the words were cut off, I included it twice. Please read the underlined portion marked by the two asterisks, beginning at "FHEO will either investigate....

Please see exhibit C, pages 1-3. On October 24, 2024, I emailed my signed "Authorization to Release Medical Information for two (20 HUD cases. One (p.3) of which was for the defendants (04-23-5520-8) to Investigations04@hud.gov as required. On October 25, 2024, (p.1), Investigations04@hud.gov wrote: Good Morning. This message acknowledges receipt of your email. Your correspondence has been forwarded to the assigned investigator, Equal Opportunity Specialist (EOS) Lisa Sutherland, email address lisasutherland2@fchr.myflorida.com. Proof that my medical authorization for my psychiatrist, Dr. Nitin Thapar, was receive by Lisa Sutherland.

Please refer back to exhibit B, page 6, "You May File a Private Lawsuit." The reasons will prohibit the filing of a private lawsuit. They are: 1) You have already signed a HUD Conciliation Agreement to resolve your HUD complaint; or 2) an (HUD) Administrative Law Judge has commenced a hearing for your complaint. Since neither of the two reasons cited above occurred, I have the right to file a private lawsuit against the defendants.

When reviewing my response/opposition to defendants' Motion to Dismiss, please remember that the court grants leniency for pro se litigants and when the court considers that fact that I am covered by the Americans with Disability Act of 1990, I pray that the court reasonably accommodate me in rules, policies, etc. I also pray that the court apply the Preponderant of Evidence Law when deciding to rule in my favor by not dismissing my civil complaint.

Humbly Submitted,

*Linda C. Chase*

Linda C, Chase

4800 N. Star Avenue

Panama City, FL 32404

219-201-6722

Lindachase58@gmail.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO: 5:24-CV-00157-RH-MJF

## CERTIFICATE OF SERVICE

I, LINDA C. CHASE, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. 1ST CLASS MAIL (manner of service; *i.e.*, U.S. Mail, electronic mail, etc.) on this 27th day of NOVEMBER, 2024, to:

AUSLEY McMULLEN LAW FIRM
ATTN I. WHITE; N. NELSON; D. MINNIS, M. WALLACE
P.O. BOX 391
TALLAHASSEE, FL 32302

11/27/2024
(Date)

Linda C. Chase
Signature

FROM: 4800 N. Star Ave
A1206
Panama City, FL 32404

TO: APEL Court
Attn: Clerk of the Court
1 N. Palafox St.
Pensacola, FL 32502

DEC 0 2 2024

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE PAID
$10.45
Origin: 46322
11/27/24
1735890322-71

PRIORITY MAIL®

0 Lb 8.20 Oz
RDC 03
C003

EXPECTED DELIVERY DAY: 11/30/24

SHIP TO:
1 N PALAFOX ST
PENSACOLA FL 32502-5665

USPS TRACKING® #
9505 5125 7572 4332 8612 06