Gmail

Linda Chase <lindachase58@gmail.com>

EXHIBIT 1, 24 pages

## RE: <External Message> Re: HUD case 04-23-5520-8 FCHR case 202426029

p. 1

**Investigations04** <Investigations04@hud.gov> Fri, Jan 12 at 11:01 AM

To: Linda Chase <lindachase58@gmail.com>, Robey, Abby Deanna <Deanna.L.Robey@hud.gov>, Dolce, Anne Marie <AnneMarie.Dolce@hud.gov>, Sanford, Deigo L <Deigo.L.Sanford@hud.gov>, diana.diaz@fchr.myflorida.com <diana.diaz@fchr.myflorida.com>, kristen.clarke@usdoj.gov <kristen.clarke@usdoj.gov>, Lewis, Angie M <Angie.M.Lewis@hud.gov>

Cc: Linda Chase <chase-linda@sbcglobal.net>, Sutherland, Lisa <Lisa.Sutherland2@fchr.myflorida.com>, larrychapi@gmail.com <larrychapi@gmail.com>

Good morning,

This message acknowledges receipt of your email.

Your correspondence has been forwarded to the assigned investigator, Equal Opportunity Specialist (EOS) Angie Lewis, email address Angie.M.Lewis@hud.gov

From this point forward, please email the above-referenced investigator directly for any questions relating to the investigation or conciliation of this complaint.

Thank you.

---

**From:** Linda Chase <lindachase58@gmail.com>
**Sent:** Friday, January 12, 2024 11:50 AM
**To:** Investigations04 <Investigations04@hud.gov>; Robey, Abby Deanna <Deanna.L.Robey@hud.gov>; Dolce, Anne Marie <AnneMarie.Dolce@hud.gov>; Sanford, Deigo L <Deigo.L.Sanford@hud.gov>; diana.diaz@fchr.myflorida.com; kristen.clarke@usdoj.gov
**Cc:** Linda Chase <chase-linda@sbcglobal.net>; Sutherland, Lisa <Lisa.Sutherland2@fchr.myflorida.com>; larrychapi@gmail.com
**Subject:** <External Message> Re: HUD case 04-23-5520-8 FCHR case 202426029

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Please read below.

On Tue, Jan 9, 2024 at 2:07 PM Linda Chase <lindachase58@gmail.com> wrote:

I just called Lisa Sutherland, and before I could leave a message, she called me back. I asked about the status of my case. She first said that she sent it some one at FCHR. I reminded her of her email sent me on 12/21/2023 stating that the case was sent to a HUD investigator. I asked for the name of the investigator, but she said she couldn't give me the investigator's name, and hung up on me. I reminded her that HUD provided me her name; so, what's the issue? I need answers.

Gmail

Linda Chase <lindachase58@gmail.com>

p.3

**Chase, Linda v. SJSC, LLC, et al. - 04-23-5520-8/4**

**Lewis, Angie M** <Angie.M.Lewis@hud.gov>
To: Linda Chase <lindachase58@gmail.com>

Wed, Dec 4 at 1:13 PM

Hello!

Ms. Chase, I attempted to speak with you today at 219-201-6722. I also left you a voice message. Will you please contact me at your earliest convenience? The is related to the complaint noted in the subject line.

Thank you!

**Angie Malissa Lewis, Equal Opportunity Specialist**

U.S. Department of Housing and Urban Development

Office of Fair Housing and Equal Opportunity

Dr. A. H. McCoy Federal Building

100 W. Capitol Street, Room 910

Jackson, MS 39269-1069

Cellular: 202-975-5026

*(Please note the best communication is via email.)*



 **Linda Chase <lindachase58@gmail.com>**

(P.4)

**Chase, Linda v. SJSC, LLC, et al. - 04-23-5520-8/4**

**Linda Chase** <lindachase58@gmail.com> Thu, Dec 5 at 8:49 AM
To: Lewis, Angie M <angie.m.lewis@hud.gov>
Cc: <larrychapi@gmail.com>

Ms. Lewis:

There's no need for us to talk. Prior to FCHR denying my complaint, FCHR case 202446029/HUD 04-23-5520-8, I emailed you several times, and you NEVER gave me the courtesy to respond or even acknowledged receipt of my many emails. FCHR provided me a Petition For Relief form, and since I never acted on the Petition For Relief, I have filed a private lawsuit as addresses in FHEO/HUD process for filing a complaint. FHEO/HUD's process gives me the right to file a private lawsuit can if, 1. If a HUD ALJ has not dismissed my complaint. 2. A conciliation agreement has been entered into/signed. My complaint was neither dismissed by a HUD ALJ nor have I signed a conciliation agreement; therefore, I filed a civil suit against respondents.

NOT

Have a great day!
[Quoted text hidden]

 Linda Chase <lindachase58@gmail.com>

# Automatic reply: <External Message> Re: Chase, Linda v. SJSC, LLC, et al. - 04-23-5520-8/4

**Lewis, Angie M** <Angie.M.Lewis@hud.gov> Thu, Dec 5 at 8:49 AM
To: Linda Chase <lindachase58@gmail.com>

Thank you for writing!

I am currently on leave. I will check/respond to emails upon my return. If you require immediate assistance, please email Fair Housing Assistance Program /Fair Housing Initiatives Program Branch Chief, Mr. Dustin Parks. <Dustin.A.Parks@hud.gov>

**Angie Malissa Lewis, Equal Opportunity Specialist**

U.S. Department of Housing and Urban Development

Office of Fair Housing and Equal Opportunity

Dr. A. H. McCoy Federal Building

100 W. Capitol Street, Room 910

Jackson, MS 39269-1069

Cellular: 202-975-5026

*(Please note email is the best form of communication.)*



# Fwd: HUD Inquiry 738851, Linda Chase v. The St. Joe Company

From: Linda Chase (lindachase58@gmail.com)

To: deanna.l.robey@hud.gov; lisa.sutherland2@fchr.myflorida.com; angie.m.lewis@hud.gov; annemarie.dolce@hud.gov; casey.snipes@fchr.myflorida.com; deigo.l.sanford@hud.gov; kristen.clarke@usdoj.gov

Cc: chase-linda@sbcglobal.net; larrychapi@gmail.com

Date: Tuesday, January 16, 2024 at 06:58 AM CST

2ND Email sent on 01/16/2024

Please feel free to read all emails below. Scroll to the bottom of the email for the pdf file labeled, HUD Inquiry 738851 Linda Chase. I have also attached a screenshot as proof that the pdf was sent again on 08/18/2023. I had a deadline of 08/19/2023. I have also attached a copy of Ms. Robeys email dated 08/14/2023 sent me on 08/14/2023. Please read my handwritten notes, thank you.

I will be sending the email dated 12/11/2023 send to me from investigations04@hud.gov. It was this email that prompted me to motion DOAH to remand case 23-4297 to FCHR. As I wrote in my previous email, Casey Snipes denied it stating some term called "de novo".

P. 7

AT&T
11:38 AM
88%
Inbox
Linda Chase Aug 17, 2023
4
me Aug 18, 2023
to Deanna, Linda
Sent again
HUD Inquiry
738851 Linda C...
PDF
Lisa Sutherland
me Sep 29, 2023
to Cheyanne Castilla, Lis...
Please scroll to see the attachment that should be a part of my complaint for FCHR case 202446029, Chase V St. Joe Company. The letter is dated 08/17/2023, and there are 50 plus pages. All of which were sent to HUD employee Deanna L. Robey to prove that I

On Mon, Aug 14, 2023 at 6:10 PM Linda Chase <lindachase58@gmail.com> wrote:

Thank you for your response.

On Mon, Aug 14, 2023 at 11:57 AM Roboy, Deanna L <Deanna.L.Roboy@hud.gov> wrote:

Ms. Chase:

Thank you for your email.

Your new complaint, HUD Inquiry 738851 - Chase, Linda v. The St. Joe Company, et al., has been received and is being reviewed.

Subject: Inquiry Number: 738851

Equal Opportunity Specialist: Deanna L. Roboy

Email Address: Deanna.L.Roboy@hud.gov

Information needed by close of business (4:30 p.m. EST) on:

August 19, 2023

This letter acknowledges receipt of your correspondence (inquiry) regarding a possible violation(s) of federal fair housing laws. Although you have provided us with some

Our office, the Office of Fair Housing and Equal Opportunity (FHEO) administratively enforces the Fair Housing Act designed to afford all persons an equal opportunity

To see examples of the types of discriminatory housing practices FHEO can investigate, please go to: Examples of Housing Discrimination.

PLEASE SEE THE ATTACHED "JOINT STATEMENT" [illegible] [illegible]

The contact information for the Equal Opportunity Specialist (EOS) assigned to your inquiry is listed above. Please contact the EOS to provide the information we need. I

From the information you submitted, you stated: you believe you are being discriminated against based on your disability because you were charged an extra $12 in

We need the following additional information:

1. Explain how your experiences in this complaint are connected to your disability.
2. If you requested a reasonable accommodation because of your disability, provide a copy of your request, and any response you received.
3. Explain the disability-related need for the requested accommodation, if one was made.

P. 9

---------- Forwarded message ---------
From: **Linda Chase** <lindachase58@gmail.com>
Date: Fri, Sep 29, 2023 at 11:37 AM
Subject: Fwd: HUD Inquiry 738851, Linda Chase v. The St. Joe Company
To: <Cheyanne.Costilla@fchr.myflorida.com>, Sutherland, Lisa <Lisa.Sutherland2@fchr.myflorida.com>, <angela.primiano@fchr.myflorida.com>, <kristen.clarke@usdoj.gov>, <larrychapi@gmail.com>
CC: Linda Chase <chase-linda@sbcglobal.net>

Please scroll to see the attachment that should be a part of my complaint for FCHR case 202446029, Chase v St. Joe Company. The letter is dated 08/17/2023, and there are 50 plus pages. All of which were sent to HUD employee Deanna L. Robey to prove that I requested reasonable accommodations via email for the large rent deposit as well as other issues with my current landlord, North Bay Landing. Hopefully, you will get my priority package soon.

---------- Forwarded message ---------
From: **Linda Chase** <lindachase58@gmail.com>
Date: Thu, Aug 17, 2023 at 10:45 PM
Subject: Fwd: HUD Inquiry 738851, Linda Chase v. The St. Joe Company
To: Robey, Deanna L <deanna.l.robey@hud.gov>
CC: Linda Chase <chase-linda@sbcglobal.net>

Please see the the attachments below. I forgot to add the attachment labeled Fair Housing Complaint, The St. Joe Company.... This complaint is dated 07/24/2023 and have included 18 pages of evidence with this complaint that begins with pages 9- 9(c). I was probably having anxiety/depression issue because the pages are out of sequence, but then it's back in sequence for pages 1-8(a). I addressed the attachment Fair Housing Complaint, The St. Joe Company below, but I forgot to attach it. I also need to add one more thing about the modem, if every tenant is charged $65 monthly for internet, and we all have the same internet service, then why was the voice activated/embedded digital voice adapter internet modem marked with our apartment number, 1206? This is another reason I believe I was retaliated against by The St. Joe Company/North Bay (Landing) Apts because I asked to be reasonably accommodated with the deposit. Don't forget, I am a protected class according to the Americans with Disabilities Act of 1990. Again, please see page 4, and page 6 of this attachment. Page 4 displays my unit number and the modem type whole page 6 shows that my computer, which is connected to the modem, has been hacked by koobface.
Please see pgs. 1-2 of this same attachment. I address the internet issues, and ask if others are having issues. Mary replies not to my knowledge. Please read all emails including pages 7-8(a). After I discovered the Technicolor modem with our unit number (p.4) was embedded with a digital voice adapter, I emailed Mary on 04/13/2023 asking to be reasonable accommodated by not allowing anyone in our apartment while we are not home/present. See page 7. Mary agreed, but I emailed Mary on Thursday, May 25, 2023 to inquire about maintenance entering our apartment without our permission and while we were not present.
Please refer to the attachment labeled HUD inquiry 738851, pages 26-38. I remember that Mary stated about not skipping multiple months of pest control, p. 24; therefore, I sent the email dated June 29, 2023 @ 1:13 PM, p. 26. I reminded her to make sure of the notification is left in the apartment as we had agreed upon the reasonable accommodation prior. Please page 28. The ring camera revealed the apartment was exterminated. Please see p. 32. The exterminator did not leave notification. I asked for copies of work orders. Please see p. 33. Ultimately, North Bay Landing is responsible for the pest control company not leaving a notification/card. The reasonable accommodation was made between me & Property Manager Mary Matos, NOT the pest control company. Pgs. 34-35 are the work orders. Page 36, I reiterate my past experience. Please see page 37. I asked for the maintenance report/log for scheduled because I believe someone had been in our apartment while we were gone for extended periods of time, and since Mary said filter changes are done every 90 days then certainly the filter should have been changed be for May 24, 2023. At this point, we had occupied the apartment for 7 months. Please read Mary's response, p. 38 to my request. I have grave concerns. I am attaching another email dated August 11, 2023. I have labeled it page 39. My grave concerns are these, why was the maintenance man, Dallas so COMFORTABLE entering the unit on May 24, 2023. Mary said in the email on p 23, "we are pleased to provide you with scheduled routine maintenance service. If it is routine, then where's the log? How do know when the it's time to change the filter if it's done every 90 days. Her response on page 38 is contradictory. I believe the St. Joe Company/North Bay Landing not only knew about the internet modem and most importantly, they put it in my apartment. The question that needs to be answered is WHY? Please make sure ALL of this is in my case file to include both attachments, and ALL emails as well as the attached page 39, thank you.



Ms. Robey,
In the event that you don't have a copy of my complaint dated 07/24/2023, I just remembered to attach a copy of the Fair Housing Complaint against the St. Joe Company/ North Bay (Landing) Apts.
I also wanted to make you aware that prior to the the deposit emails, Property Manager Matos agreed that our rent would be prorated for us to take possession of the unit on 10/28/2022. Please refer to the attachment labeled HUD inquiry 738851 & read the last sentence of page 1, the email dated 10/26/2022 @ 2:29 PM to confirm that our rent would be prorated, and we would come in on Friday. Please see page 21 of this same attachment. The transaction date is Friday, 10/28/2022 & Mary Matos initiated the bottom of this page with the same date, but we were told that something had to be done to our unit. We were informed that we could return on 10/29/2022 to get the keys and take possession. This is another reason I perceive the voice activated/embedded digital voice adapter (Please read and study pages 4-6 of the below attachment labeled Fair Housing Complaint The St. Joe Company) that placed in the master bedroom closet in a cubby space was in retaliation because of my asking to be reasonably accommodated of the increased rent. I am a protected class. If you look at page 11b (In the attachment labeled "Inquiry 738851) which is the signed lease, you will see Ms. Matos signed her portion and the date is 10/28/2022. I perceive that the something that needed to be done was that modem. Again, I perceive this to be retaliatory. Please note that my husband and I signed the lease the next day, Saturday, 10/29/2022. I perceive this as being retaliation especially when I notified her that I would dispute the $1240 charge.
I know my deadline is by COB 08/19/2023, but in the event I think of something before then, I'll let you know. My anxiety has been flaring up to the point that I am having a hard time sleeping. I have fighting depression to the point that I haven't had much of a appetite. I have lost about 5 lbs in the last couple of days, thank you. Please make sure all of this is in my case file. FYI, when youbread the attachment below labeled HUD inquiry....please understand that the three page explanation, I wrote that I attached 51 pages. If I don't refer to my complaint dated 07/24/2023 which is the attachment below labeled Fair Housing Complaint, The St. Joe Company, then you will find that page referenced in the 51 pages in the attachment below labeled HUD Inquiry....

---------- Forwarded message ---------
From: **Linda Chase** <lindachase58@gmail.com>
Date: Thu, Aug 17, 2023 at 9:52 AM
Subject: HUD Inquiry 738851, Linda Chase v. The St. Joe Company
To: Robey, Deanna L <deanna.l.robey@hud.gov>

Ms. Robey,
Please open the attached file. I hope this helps
bring understanding. Please feel free to contact me if you have any questions or concerns. I sometimes have difficulty explaining, but if something is unclear, I will be glad to help you understand what I am trying to say.
May God richly bless you and your family. As government employees, we need all the prayers we can get!

HUD Inquiry 738851 Linda Chase v. The St. Joe Company, et al.pdf
3.4MB

(p. 11)

HUD 04-23-5520-8 SJSA/North Bay Landing FCHR case 202426029 X

From: Linda Chase (lindachase58@gmail.com)

To: deanna.l.robey@hud.gov; lisa.sutherland2@fchr.myflorida.com; angie.m.lewis@hud.gov; annemarie.dolce@hud.gov; casey.snipes@fchr.myflorida.com; deigo.l.sanford@hud.gov; kristen.clarke@usdoj.gov

Cc: chase-linda@sbcglobal.net; larrychapi@gmail.com

Date: Tuesday, January 16, 2024 at 06:46 AM CST

1st EMAIL SENT ON 01/16/2024

Ms. Lewis/Mr. Sanford/Ms. Dolce:

I am reaching out to ensure that my case has the attachments below. The PDF attachment is my Fair Housing complaint signed 07/24/2023. It was emailed to complaint04@hud.gov, Darren Holbrook, and Kelly Kuchera on 07/24/2023. The pictures of the pages below are emails sent to FCHR Investigator Lisa Sutherland before our meeting scheduled for 2:00 PM EST on 11/01/2023. Please note, the last six (6) pages were stamped on 11/01/2023 at 1:15-1:16 PM EST by FCHR's reception Jessica. My husband & I drove to Tallahassee for the meeting, but we were told by Jessica that Lisa was working from home; therefore, I gave the six pages to Jessica. Please read ALL emails dated 10/31/2033. The first page stamped is my email dated 10/31/2023 at 2:07 PM. Jessica date stamped the six pages, and she sent them to Lisa before our meeting time of 2:00 PM EST. I explained to Ms. Sutherland during our telephonic meeting why I send the email to the respondents on 04/13/3023 because HUD employee, Deanna Robey didn't address the internet issue in her "Brief & Concise Statement...." that I signed on 09/13/2024. I explained to Ms. Sutherland that email dated 04/13/2023, was sent after I discovered the questionable modem that was removed on 03/01/2023. Please see the picture below that are DATE STAMPED on 11/01/2034. The modem for unit 10206 is the unit occupied by Beverly Taylor, Caucasian/White female. According to Beverly's mother, Libby Taylor, Beverly pays $35/month for her internet service. If this is true, this is discriminatory, too, because I pay $65/month. Please compare pictures of the modems for unit 10206 and the modem removed from my unit, 1206, on 03/01/2023. Both pictures for these modems were date stamped on 11/01/2023 as received by FCHR. There's no Pre-Shared Key for unit 10206 but there's a Pre-Shared Key for my modem, unit 1206, which was in my unit, 1206, from 10/29/2023 to 03/01/2023. As I wrote in the email from Ms. Sutherland dated 10/31/2023 at 8:44 under the heading Settlement, "Who had access (shared) my electronic devices?" In the email dated 10/31/2023, I listed those devices Pre-Shared Devices, to included the ring scanner. The pdf file attached below is my complaint that was emailed on 07/24/2023. Pages 1-8, I addressed my internet issues. I asked Manager Matos if others were having issues, and she replied not that she's aware. I asked to be reasonably accommodated for the days I was without service. When we were away, our ring scanner was offline due to internet issues. Ms. Robey didn't addressed the internet issues in her "Brief and Concise Statement...." as reported in my complaint dated 07/24/2023; therefore, I clarified during the meeting on 11/01/2023. I informed Ms. Sutherland that after I discovered the modem with embeded voice adapter, my anxiety was on 10. In my 50 plus page email response to Ms. Robey dated August 17, 2023, labeled Inquiry 738851, page 2 I addressed my mental state. I will forward the email sent again to Ms. Robey on 08/18/2023. This email was also forwarded to Ms. Sutherland on 09/29/2023. In this 50 plus pages attachment, I provided the email dated 10/26/2023, p. 1, my request for reasonable accommodation & Mary Matos response which continued on p. 4. I also included a copy of the Joint Statement between HUD & DOJ as it relates to reasonable accommodation for people with disabilities like myself. I provided copies of the SSA decision approving me for SSDI, and an email dated 09/14/2023, from ECOMP which approved my FECA payments. Ms. Robey only referenced my disabilities when she addressed the 04/13/2023 email. I will forward email the email sent to Ms. Robey on 08/17/2023, and again on 08/18/2023. I also forwarded the email to Ms. Sutherland on 09/29/2023, and it was also received by FCHR via US mail on 10/02/2023. My anxiety, depression & hypertension was affected because I believed our privacy was invaded when I discovered the modem that was removed on 03/01/2023. When I emailed my Medical Authorization form on 11/04/2023 to Ms. Sutherland, I dated it 11/03/2023, I also attached a copy of a stress test that my Primary Care Physician ordered because my blood pressure can't be stabilized. More proof that the modem, entering my apartment by North Bay Landing, etc. has affected my health.

In my email dated 10/31/2023 at 2:07 PM, 1st paragraph, last sentence, I wrote, "I have more pictures of modems for a few tenants...if you want them. Ms. Sutherland never requested these pictures; thus, a thorough investigation was NOT done. I also included Ms. Sutherland on an email dated around 12/21/2023 wherein North Bay enter my apartment on 11/14/2023 with neither our permission nor was a notice left. We were out of town from 11/08/2023 thru 11/20/2023. Upon our return, my husband checked the ring scanner footage, and discovered North Bay Maintenance had entered the unit on 11/14/2023. No notice was let. I made Ms. Sutherland aware on 12/06/2023, during another telephonic meeting. My husband present for this merry, too. This meeting was strange due to the fact that in Ms. Surtherland's email date 10/31/2023 @ 8:44 AM, she specifically writes, "I have reviewed the documents both you and the

P 11(a)

Respondents provided." Please read my hand written notes at the bottom of this email. Now, I did email North Bay after receiving an email before CHRISTmas informing the tenants that packages from the mail room would be set inside the apartment. I emailed Manager Matos to let her know this was fine since no one would ENTER the apartment. When we returned home around 12/28/2023, our packages were outside the door which was fine because now I know that North Bay could have adhered to my reasonable accommodation request when I asked on 04/13/2023 that no one enter our apartment when we are absent.

During the second meeting on 12/06/2034 with Ms. Sutherland, I continued to stress that my mental health has been affected not only because of the increased rent deposit (Please read my letter to Ms. Robey 08/17/2023). I reiterated what I wrote on p. 2, how the increased deposit scenario affected me mentally, and I sought medical attention because my credit NOT being pulled by Leasing Desk reminded me of the identity theft process that I had experienced two years earlier. The modem issues & entering our unit w/o permission and/or leaving notification reminded me of what I experienced at Arbor Trace Property, November 23, 2020. My anxiety was on 10. On or around 11/30/2023, Ms. Sutherland emailed me accusing me of not providing the Medical Release Authorization form for the case that's before you. I had emailed the signed medical release on 11/03/2023. She would later email me to confirm that she had received it on 11/03/2023. She also apologized for overlooking the email.

Around 12/07/2023, I emailed Ms. Sutherland proof that my Primary Care Physician had faxed the necessary information to her. It was then that I realized why I was provided the Petition for Relief form for my Retaliation complaint, HUD 04-23-5235-8/FCHR 202443552. Ms. Sutherland alleged an issue with the Medical Release Authorization Form & denied my retaliation complaint. I had submitted the Petition for Relief to FCHR on 11/01/2023, at 3:03 PM EST, after my telephonic meeting. I had it date stamped as well at on 11/01/2023 at 3:03 PM EST. Not only did I put the FCHR case number on the Petition for Relief but also the HUD case number.

On 12/08/2023, I emailed my settlement to Ms. Sutherland as well as investigations04@hud.gov.

On Saturday, 12/09/2023, I emailed investigations04@hud.gov inquiring about DOAH case 23-4297. On Monday, 12/11/2023, I received an email response from investigation04@hud.gov to my inquiry into FCHR case 202443552/HUD 04-23-5235-8 which was assigned DOAH case number 23-4297 by FCHR. The email specifically states "Your correspondence has been forwarded to the assigned Investigator, Equal Opportunity Specialist (EOS) Lisa Sutherland, email address lisa.sutherland2@fchr.myflorida.com. How can this be if my retaliation complaint against Arbor Properties, INC had been assigned to the Division Of Administrative Hearings (DOAH), DOAH case 23-4297 around 11/03/2024, a State of Florida entity? This email from investigations04@hud.gov is what prompted me to submit the motion to DOAH via eALJ, on 12/12/2023, requesting that DOAH case 23-4297 be remanded to FCHR for proper processing, i. e. sent to FHEO/HUD/DOJ. ALJ W. David Watkins suggested that I reach out to FCHR to request a remand on the grounds that Ms. Sutherland not only circumvented FHEO's process when she alleged that the Medical Release Form was not received but also since my retaliation complaint was filed with FHEO. Federal laws governed my complaint not Florida State Statute 760.23. Furthermore, with this motion to remand, I provided a copy of my email sent to Ms. Sutherland dated 08/04/2023. The subject was titled, "Signed Medical Release & Joint Statement of HUD & DOJ." I received an Automatic reply stating, "Due to a family emergency.... I will respond to your email when I return to the office.,.. In this email, I provided pgs. 1-3 of the 15 page Joint Statement that specifically states at the bottom of page 3 that records could be used to prove disability as well as the signed Authorization dated 08/03/2023. I had previously provided SSA ALJ David Herman's decision to approve me for SSA for anxiety, depression, hypertension & cervicalgia, etc., MSPB AJ Jeffrey Morris's decision for docket # AT-844E-20-0671-I-1 to approve me for FERS disability, USPS Reasonable Accommodation results, and my CA-20 signed by my Psychiatrist, Nitin Thapar, which states that I have been permanently disabled since 12-28-2018, the same date reference in SSA ALJ Herman's decision to award me SSA disability effective 12/28/2018.

I wrote in my remand, Federal Laws supersede Florida State statutes; therefore, DOAH case 23- 4297 should be remanded back to FCHR for processing by FHEO/HUD just as my complaint that's before you, Ms. Lewis. FCHR's Casey Snipes emailed me denying my request to remand stating something about a term de novo, but on 12/22/2023, I submitted another motion to ALJ W. David Watkins via eALJ requesting that he reassign DOAH case 23-4297 that's associated with FCHR case 202443552 & HUD case 04-23-5235-8 to HUD where it belongs. I'm still waiting on ALJ Watkins' ruling on my motion to reassign. I will forward to the email from Casey Snipes, too.

I pray that this HUD case, 04-23-5235-8 is assigned to you. I had some of the same issues with this Landlord, Arbor Properties, INC, unlawful with no force, entering my apartment without my permission. Please help me get my complaint against Arbor Properties, INC to the correct place, HUD, and if the attachments below are not in the case file for HUD case 04-23-5520/8, please add, especially the date stamped items. The modem for unit 10206 is a very essential piece to my discrimination complaint. As I stated above, Beverly is the tenant in 10206. I believe I told Ms. Sutherland that Beverly is Caucasian/White. Her modem had a username & password associated with her internet connection, but the modem that was in my apartment from 10/29/2023 thru 03/01/2023, was equipped with PSK, pre-shared key, and when you couple this with the fact that my electronic devices were hacked, I was discriminated against by SJSA. Please open the attached pdf file and read the pages label North Bay internet issues, pages 1-6.

I will be sending another email to include the auto reply email with the signed authorization, a copy of my Petition for Relief that's date stamped 11/01/2023 at 3:03 (I submitted an additional 36 pages with the petition), proof that on 06/08/2023, I emailed my complaint to ComplaintsOffice04@hud.gov, a copy of the list emailed me by Deanna L. Robey, for HUD case 04-23-5520-8, my email to Manager Mary Matos dated 10/26/2023 requesting reasonable

p. 11(b)

accommodations, Mary Matos's response, and I copy of the email response from investigations04@hud.gov dated Monday, December 11, 2023. I apologize for the long email. I am just so frustrated, and my anxiety is out the roof. I pray you enjoyed your Martin Luther King, Jr. Holiday. One of my favorite quotes of Dr. M. L. King, Jr. is: "Injustice anywhere is a threat to Justice EVERYWHERE." March 16, 1963, from a Jail in Birmingham, AL. Thank you, Ms. Lewis, for looking into my concerns, and may God's blessings always surround you like a shield!

(p. 11(c))

Gmail — Linda Chase <lindachase58@gmail.com>

**Chase v SJSA FCHR case 202426029 proposed settlement**

Linda Chase <lindachase58@gmail.com> — Tue, Oct 31 at 8:30 AM
To: Sutherland, Lisa <Lisa.Sutherland2@fchr.myflorida.com>
Cc: <larrychapl@gmail.com>

No, I am not. I have more medical appointments today. Wednesday or Thursday afternoon works for me, thank you. Prayerfully, you have looked over everything that was received by FCHR on 10/02/2023, and make sure you got the mailing that arrived yesterday. It's addressed to Executive Director, Cheyenne Costilla. The package addresses the the Executive Director has a three page email dated 08/07/2023 assigning my complaint to Deanna L. Robey. The initial complaints dated 07/24/2023 was attached to the email dated 08/07/2023. I apologize for being redundant, but I need to drive these points home, especially the email dated 04/13/2023 & my mental disabilities as written by Deanna L. Robey. The info received 10/02/2023 has my initial complaint dated 07/24/2023 with the 20 plus pages of emails, photos of the old & new modem that was in my apartment from 10/29/2022 through 03/01/2023, the explanation of telephony, etc. The package you received on 10/02/2023 also have my responses to Deanna Robey as well as the initial complaint dated 07/24/2023. The package sent to Deana L. Robey contained 50 plus pages. In the complaint provided you by HUD dated 08/13/2023, item 8, addresses the email dated 04/13/2023. This email is page 7 in the initial complaint dated 07/24/2023.

Please review the proposed settlement that I sent to you and the respondents last night. I know I sent a lot of emails, but if you need me to resend the proposed settlement, just let me know when you confirm, via this email, our meeting date and time.

✓ FYI, my husband will accompany me for the meeting. He's a witness on my behalf. I have also cc'd him on this email, thank you.
[Quoted text hidden]

Gmail — Linda Chase <lindachase58@gmail.com>

**Chase v SJSA FCHR case 202426029 proposed settlement**

Sutherland, Lisa <Lisa.Sutherland2@fchr.myflorida.com> — Tue, Oct 31 at 8:44 AM
To: Linda Chase <lindachase58@gmail.com>

Ms. Chase:

I am available tomorrow afternoon. Please let me know what time is most convenient for you.

✱ I have reviewed the documents both you and Respondents provided.

Thank you for your assistance in this matter.

Sincerely,
[Quoted text hidden]

✱ (1) What were the respondents response to the fact that Real Time not Leasing Desk is the agency that determined the report

✱ Settlement

(1) Who not only provided Leasing Desk report but who had access (SHARED) my electronic devices & what was provided to SSSA in order for NBL to accommodate them.

(2) Monetary Settlement

(3) Please provide me Real Time's rating at our occupying NBL (North Bay Landing)

North Bay Landing

11(d)
4
technicolor
FC
1206
OLD MODEM
Removed 03-01-2023

P.12

RECEIVED
FLORIDA COMMISSION
2023 NOV -1 PM 1:16
technicolor
10206
Factory Default Settings
2.4G
SSID: TCHBHOY0AN
5G
SSID: TCHBHOY0AN-5G
Date of mfg: 03/21 - MADE IN INDONESIA
E317539
THIS PERSON IS THE DAUGHTER
OF ONE OF MY FRIEND'S THAT
BELONG TO A PRAYER GROUP &
WE ATTEND THE SAME CHURCH.
THE DAUGHTER LIVES
HERE (NORTH BAY LANDING

p.12(a)
GOOGLE
All
Shopping
Images
Videos
News
Maps
Books
Flights
Finance
Search
In the context of WPA (Wi-Fi Protected Access), PSK stands for Pre-Shared Key. It is a security mechanism used in WPA to establish a secure connection between a wireless client (such as a laptop, smartphone, or other Wi-Fi-enabled device) and a Wi-Fi access point.
https://www.portnox.com › wpa-psk
Exploring WPA-PSK and Wi-Fi Security - Portnox
About featured snippets
Feedback
People also ask
What is a pre-shared key on router?
Is the pre-shared key the password for the router?
Where is the pre-shared key for WIFI?
Should I change the pre-shared key?
Feedback
RECEIVED
FLORIDA COMMISSION ON HUMAN RELATIONS
2023 NOV -1 PM 1:16

P12(b)

https://www.portnox.com › wpa-psk

## Exploring WPA-PSK and Wi-Fi Security - Portnox

About featured snippets    Feedback

RECEIVED FLORIDA COMMISSION ON HUMAN RELATIONS 2023 NOV -1 PM 1:16

## People also ask

**What is a pre-shared key on router?**

A pre-shared key is basically just a **shared secret or password that is used to authenticate an individual attempting to join a wireless network** (no username or identification or than the key is required).

https://www.triaxiomsecurity.com › ...

The Dangers of Pre-Shared Keys on Your Wireless Network

MORE RESULTS

Is the pre-shared key the password for

modem pre shared key

P.12(c)




RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS
2023 NOV -1 PM 1:16

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

modem pre shared key

(p.12d)

p.36

Gmail

Linda Chase <lindachase58@gmail.com>

## Notification from North Bay Landings - Pest Control Building 1 and 2

Linda Chase <lindachase58@gmail.com>
To: North Bay Landing MANAGER <manager@northbaylandingapartments.com>, <larrychapi@gmail.com>

Fri, Aug 11 at 3:23 PM

When Dallas changed the filter around May 25, 2023 nothing was left. As you recall, we were out of town. The ring scanner revealed that he just entered without knocking on the door. I know there's a 24 hour notification, but we were not home, and he just walked in without knocking. The ring revealed that the pest control guy knock and announced himself, but Dallas did neither. What's North Bay Landing's the policy in this case? How often are filters changed for the furnace, anyway? I don't think I got a reply the last time I asked. thanks...
[Quoted text hidden]

She did reply + said 90 days
Please read my email p. 38

Fair Housing complaint The St Joe Co. North Bay Apts..pdf
1.8MB

p. 13

 

Linda Chase <lindachase58@gmail.com>

P.14

# 202446029 - Chase, Linda v. SJSC, LLC, et al.

**Linda Chase** <lindachase58@gmail.com> Mon, Mar 18 at 7:03 AM
To: Robey, Deanna L <deanna.l.robey@hud.gov>, <angie.m.lewis@hud.gov>, <annemarie.dolce@hud.gov>, <casey.snipes@fchr.myflorida.com>, <deigo.l.sanford@hud.gov>, <kristen.clarke@usdoj.gov>

Ms. Robey:

Please read the email below. This complaint was assigned to a HUD investigator by FCHR. According to your email dated 02/20/2024, Section (810)(1)(B) my retaliation case against Arbor Properties, HUD would not investigate. So, why did FCHR send this to me, especially since, according to FCHR employee, Casey Snipes, my retaliation case against Arbor Properties could not be remanded back to FCHR. Additionally, FHEO's process specifically states that FHEO/HUD, NOT FCHR, would provide ME a copy of its, FHEO/HUD's investigation. Please forward/email me a copy of HUD Investigator Angie M. Lewis' conclusions & findings, thank you.

I will forward you a copy of your email dated 02/20/2024!
[Quoted text hidden]

202446029 - Notice of Determination - No Cause-signed.pdf, 202446029 - Determination Analysis.pdf, 2023 Petition for Relief.pdf



# Fwd: HUD case 04-23-5320-8 Chase v SJSA/The St. Joe Company

From: Linda Chase (lindachase58@gmail.com)

To: chase-linda@sbcglobal.net

Date: Thursday, December 5, 2024 at 09:19 AM CST

---------- Forwarded message ---------
From: **Linda Chase** <lindachase58@gmail.com>
Date: Fri, Mar 22, 2024 at 7:35 AM
Subject: HUD case 04-23-5320-8 Chase v SJSA/The St. Joe Company
To: Dolce, Anne Marie <annemarie.dolce@hud.gov>, Holbrook, Darren K <Darren.K.Holbrook@hud.gov>, Lewis, Angie M <angie.m.lewis@hud.gov>, North Bay Landing MANAGER <manager@northbaylandingapartments.com>, Robey, Deanna L <deanna.l.robey@hud.gov>, Sanford, Deigo L <deigo.l.sanford@hud.gov>, Williams, Tilda <Tilda.Williams@fchr.myflorida.com>, <carlos.osegueda@hud.gov>, <casey.snipes@fchr.myflorida.com>, <kristen.clarke@usdoj.gov>, <larrychapi@gmail.com>, <vicki.d.johnson@hud.gov>

Ms. Lewis:

When you re-investigate my Fair Housing complaint, please address the issue concerning my wi-fi being publicly shared. I took the attached picture yesterday. Please note, the picture bears my North Bay Landing unit number 1206, and the network status specifically shows PUBLIC. I need to know why. As you know and it should be in my case file, the modem that was removed from my unit 1206 on 03/01/2023 shows PSK, Pre-Shared Key while another tenant's modem for unit 10206 is not PSK. Please note, the pictures for units 1206 & 10206 are stamped 11/01/2023 by FCHR, as mentioned above, both pictures should be in my case file.

(P. 16)

Status

Network status

1206
Public network

You're connected to the Internet

If you have a limited data plan, you can make this network a metered connection or change other properties.

Wi-Fi 2 (1206) 6.71 GB

Properties Data Usage

Show available networks

Advanced network settings

P. 17

P. 17





 

p18
4
OLD MODEM
Removed
03-01-2023
technicolor
MODEL CGA4234
P/N CGA4234VGW-TCH
DOCSIS3.1
Wireless Residential
Gateway with Embeded
Digital Voice Adapter
Input 12V 3.5A
IC 431C-CGA4234
CAN ICES-3(B) / NMB-3(B)
MTA MAC 905851B14A84
WAN MAC 905851B14A85
S/N CP1911266241
CM MAC 905851B14A83
Factory Default Settings
2.4G
SSID B14A83-2.4
PRE-SHARED KEY CP1911266241
5G
SSID B14A83-5
PRE-SHARED KEY CP1911266241
Date of mfg 03/19
1206
MADE IN VIETNAM
I.T.E.
US LISTED
E199598
This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

Linda Chase <lindachase58@gmail.com>

Pl. 19

## HUD cases 04-23-5235-8 Chase v Arbor Properties & 04-23-5520-8 Chase v Saint Joe Company

**Linda Chase** <lindachase58@gmail.com> Mon, Apr 15 at 6:49 AM
To: <Cheyanne.Costilla@fchr.myflorida.com>, Dolce, Anne Marie <annemarie.dolce@hud.gov>, Holbrook, Darren K <Darren.K.Holbrook@hud.gov>, Investigations04 <investigations04@hud.gov>, Lewis, Angie M <angie.m.lewis@hud.gov>, Robey, Deanna L <deanna.l.robey@hud.gov>, Sanford, Deigo L <deigo.l.sanford@hud.gov>, Williams, Tilda <Tilda.Williams@fchr.myflorida.com>, <carlos.osegueda@hud.gov>, <casey.snipes@fchr.myflorida.com>, <diana.diaz@fchr.myflorida.com>, <kristen.clarke@usdoj.gov>
Cc: <larrychapi@gmail.com>

Ms. Lewis:

I need an update on my Fair Housing Complaints for the HUD cases listed in the subject line. Roughly a month ago, I needed clarity on the issue of remanding, especially since Casey Snipes and DOAH denied my request to remand Chase v Arbor Properties. Please see the first three attachments below which were a part of my motion to remand for DOAH case 23-4297. The first two pages proves that I submitted the signed medical release to FCHR investigator, Lisa Sutherland as required. Please read page 3, the email dated 11/28/2023 wherein Ms. Sutherland alleged that a medical release/authorization was not needed in my other case, referring to my retaliation complaint against Arbor Properties. If this were true, then why was my complaint denied based on the medical release/authorization form, and I was sent a Petition for Relief?
Please see attachments 4-6, medical billing from my psychiatrist's, Nitin Thapar, office. Please note at the bottom of each page reads, "Printed on 10/19/2023 at 5:31 PM, 2.5 months after I signed & emailed the medical release/authorization form around 08/03/2023 to Ms. Sutherland, attachment 1 & 2.
Attachment 4, second asterisk, shows my appointment date 08/01/2023, and lists my medical conditions, anxiety & depression. Please read under the heading "Details". On 08/01/2023, a Psychiatric Diagnosis Eval w/medical services was conducted. Attachment 5 bears my name, and I circled the date 08/01/2023, date of service. Please see the last entry on this page dated 06/25/2020. Under "Details" it lists Medical Records which were released, and I paid $14. Attachment 6 shows on 08/10/2020, Medical Records were released again, and I paid $14. My point is this, Ms. Sutherland NEVER sent the Medical Release/Authorization form as required. Had she sent it, I would have been billed $14. Again, attachments 4-6 were printed on 10/19/2023. There are no entries/payments/billings after 08/01/2023 when Dr. Thapar did my Psychiatric Diagnostic Evaluation which clearly indicates what Ms. Sutherland wrote in her email dated 11/28/2023, she NEVER sent the medical release/authorization form to my psychiatrist, Nitin Thapar. As I noted on the email dated 11/28/2023, FHCR circumvented FHEO's process when I was sent the Petition for Relief for my complaints alleging an issue with my Medical Release Authorization. Additionally, I had a session with Dr. Thapar on 04/02/2024. Sessions are now $125, I only paid $125 which lets me know that the medical release authorizations signed & emailed by me around 10/25/2023 to investigations04@hud.gov were NEVER sent to Dr. Thapar, too. Please recall, I forwarded the emails proving my medical release/authorization forms for both HUD complaints were emailed to investigations04@hud.gov around 10/25/2023, and investigations04@hud.gov emailed me informing me that both authorizations were forwarded to Lisa Sutherland. Both authorizations listed Dr. Nitin Thapar, and the business fax was provided. Both HUD of my Fair Housing Complaints should be investigated by you, the assigned HUD investigator, where they belong. Federal Laws supersede State Statutes. My Civil Rights & privacy were violated. Your immediate attention to this matter is greatly appreciated.

The time is always right to do what is right. Dr. Martin L. King, Jr.



EXHIBIT 2, 19 pages

P. 1

UNITED STATES POSTAL SERVICE.

HIGHLAND
8500 KENNEDY AVE
HIGHLAND, IN 46322-1619
(800)275-8777

11/27/2024 01:18 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $10.45 |
| Pensacola, FL 32502 | | | |
| Flat Rate | | | |
| Expected Delivery Date Sat 11/30/2024 | | | |
| Tracking #: 9505 5125 7572 4332 8612 06 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $10.45 |
| First-Class Mail® Large Envelope | 1 | | $3.43 |
| Tallahassee, FL 32302 | | | |
| Weight: 0 lb 7.20 oz | | | |
| Estimated Delivery Date Mon 12/02/2024 | | | |

NDFL COURT WAS CLOSED 11/30/2024, THEREFORE, THE PRIORITY WAS DELIVERED MONDAY, 12/02/2024

DEFENDANTS

Grand Total: $13.88

Credit Card Remit $13.88
Card Name: VISA
Account #: XXXXXXXXXXXX0567
Approval #: 019816
Transaction #: 598
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Not Required

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS ...**

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 9505512575724332861206

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:12 am on December 2, 2024 in PENSACOLA, FL 32502.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Left with Individual**

PENSACOLA, FL 32502
December 2, 2024, 10:12 am

**Out for Delivery**

PENSACOLA, FL 32502
December 2, 2024, 6:10 am

**Arrived at Hub**

PENSACOLA, FL 32503
December 1, 2024, 12:17 pm

**Arrived at USPS Facility**

PENSACOLA, FL 32503
December 1, 2024, 9:30 am



P.3

**Departed USPS Regional Facility**
PENSACOLA FL PROCESSING CENTER
December 1, 2024, 6:53 am

**Arrived at USPS Regional Destination Facility**
PENSACOLA FL PROCESSING CENTER
November 30, 2024, 8:59 pm

**In Transit to Next Facility**
November 30, 2024

**Departed USPS Regional Facility**
ELK GROVE VILLAGE IL DISTRIBUTION CENTER
November 28, 2024, 3:21 am

**Arrived at USPS Regional Origin Facility**
ELK GROVE VILLAGE IL DISTRIBUTION CENTER
November 27, 2024, 11:25 pm

**USPS in possession of item**
HIGHLAND, IN 46322
November 27, 2024, 1:16 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

UNITED STATES POSTAL SERVICE

# Sick Leave Certificate

UNITED STATES POSTAL SERVICE

*This Certifies That*

*Linda Chase*

*Used "No Sick Leave " During*

*PQ IV - FY 2000*

*And Is Awarded This Certificate*

Patty J. Mahomes

*Manager Post Office Operations*

11/8/00

PH

P5

# CERTIFICATE OF APPRECIATION

This certificate is presented to

*Linda Chase*

*Supervisor, Customer Service Support*

An official commendation and recognition of your contributions to the United States Postal Service.

*Gary, IN*
dated at

*June 15, 2006*
on

*P. Michael Gaube, Postmaster*

*Brian Keith Blane, OIC*



 P.6

UNITED STATES
POSTAL SERVICE

Wednesday, June 14, 2006

Office of the Postmaster
Gary MPO, Gary, IN
46401-9998

Mrs. Linda Chase,

It is with great pleasure to honor you with this Certificate of Appreciation for the outstanding work that you have provided to the Gary area.

You have been, and continue to be, instrumental towards the overall success of Gary. Your willingness and dedication to work the long hours, sacrificing time that could be used for personal endeavors, is certainly appreciated. Secondly, your attitude in doing so is remarkable. Although you have many duties, your commitment towards ensuring employee compliment and accuracy in the job bidding process, has been outstanding.

Linda, your ability to take a project and provide excellent feedback and solutions is a quality that is very valuable to this company. You continue to provide excellent leadership and assistance to all that ask and you are well respected among your superiors, peers, and employees.

When asked, you also perform other duties that may be outside of your area of responsibility, yet you do not question the request. For your commitment to the United States Postal Service and the performance within your assignment, again, it is an honor to provide you with this small token of our appreciation.

Sincerely,

Thank you!



# CERTIFICATE OF APPRECIATION

PRESENTED TO

*Linda Chase*

*In recognition for achieving excellence in the Greater Indiana District for Quarter Two, FY 2007 under the National Performance Assessment criteria .*

An official commendation and recognition of your contributions to the United States Postal Service.

*June 22, 2007*

DATE

*Charles E. Howe*
*District Manager, Customer Service and Sales*



**ward Summary Information**

| | |
|---|---|
| **Award Description:** | Spot Awards |
| **Team Name:** | Spot Cash |
| **Award Basis:** | The Greater Indiana District Manager established a recognition system to acknowledge the best performers in the Greater Indiana District of the United States Postal Service. Quarterly performance in Customer Service is based on the following criteria and weight: Service-30%, Finance-25%, Marketing-15%, Operations-20% and Human Resources 10%. Categories measured are O/N EXFC, Del Con scanning, Total hours to Plan and SPLY, Penalty OT, Retail revenue to Plan, CSM (Retail), DPH to SPLY, PACS YTD, OSHA I&I rate, and MVA rate.<br><br>This District Manager's Award is issued to Linda Chase, Station Manager of Gary Miller Station, Indiana for achieving excellence in the Greater Indiana District. Linda, your Station ranked #2 in the District for Quarter 2, FY 07. We are proud to recognize your outstanding performance. |
| **Submitted by Name:** | CHARLES E HOWE |
| **Approved by Name:** | CHARLES E HOWE |

Return to Previous Page

P. 9

ME - A CARRIER. I STARTED CARRYING MAIL AT THE AGE OF 40yrs 4 MONTHS OLD

John Singleton, Postmaster INDIANAPOLIS

Me AWARDED 2008 for Being 2ND

Robyn Holmes MPOO of SAC G IN 2007

Bernice Grant PLANT MGR, INDY ?



P.10

POSTAL SERVICE

Chase EIN #02667965

UNITED STATES
POSTAL SERVICE

June 20, 2016

TO: Linda C. Chase

SUBJECT: Incentive Award

Congratulations! As part of the FY 2016 recognition program, you are being recognized as a Leadership Team member. You have played a vital role in the success of various programs the past two quarters.

Again, congratulations and thank you for your dedication and tireless effort in making Quarters 1 and 2, FY 16, the success it is.

Sincerely,

Ron Farnsworth
Manager Post Office Operations Area 1
Gulf Atlantic District
(PANAMA CITY, FL)

USPS18

6530 SE Maricamp Rd
Ocala, FL 34472-9998

P. 11

U.S. OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS
P.O. BOX 45
BOYERS, PA 16017-0045

OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
GPO
POSTAGE & FEES PAID
PERMIT NO. G-796

2022
**CSA FORM 1099R**
IMPORTANT TAX
DOCUMENT ENCLOSED

*******AUTO**SCH 5-DIGIT 32446
11010961592 00096-03244-5861
LINDA C CHASE
4800 N STAR AVE
APT 1206
PANAMA CITY, FL 32404-9328

GPO: U.S. GOVERNMENT PUBLISHING OFFICE: 2023-423-500/00001

p. 12

File Number: 062424690
OD FM-dev (Psych)-O-I

OWCP CASE # 062424690

U.S. DEPARTMENT OF LABOR

OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 6 JAC
LONDON, KY 40742-8300
Phone: (904) 366-0100

March 05, 2019

Date of Injury: 04/23/2013
Employee: LINDA C. CHASE

LINDA C CHASE
3940 ARBOR TRACE DR
LYNN HAVEN, FL 32444

Dear LINDA CHASE:

This Office is in receipt of your claim for an occupational disease that you filed on 02/28/2019. You are employed as a MCS by the United States Postal Service in Panama City, FL. You stated that you sustained an emotional condition and you became aware of the condition on April 23, 2013. You stated you first realized the condition was caused or aggravated by your employment on February 20, 2019. You stated that the emotional condition resulted from being intentionally embarrassed, harassed, humiliated, ridiculed, and emotionally at risk to take the fall so men could save their jobs. You summarized it as hazing. Your CA-2 item # 13 and #14 and attached 26 page statement are difficult to read as the writing is partially unreadable.

Evidence received in support of your claim includes the following:

- Form CA-2 dated 02/27/2019. Partially unreadable.
- Challenge statements from employing agency dated 02/27/2019 (x2).
- Copy of Merck manual received 02/28/2019.
- Medical notes dated 12/28/2018, and 02/06/2019.
- Personal health record index received 02/28/2019.
- Statement from employing agency dated 02/25/2019.
- Statement from you received 02/28/2019.
- Statement (26 pages) accompanying the CA-2. Partially unreadable.

In order for a claim to be accepted under the Federal Employees' Compensation Act (FECA), the claim must meet 5 basic elements. The claim must:

(1) Be Timely Filed.
(2) Be made by a Federal Civil Employee.
(3) Establish Fact of Injury, which has both a factual and medical component. Factually, the injury, accident or employment factor alleged must have actually occurred. Medically, a medical condition must be diagnosed in connection with the injury or event.
(4) Establish Performance of Duty. The injury and/or medical condition must have arisen during the course of employment and within the scope of compensable work factors.
(5) Establish Causal Relationship, which means the medical evidence establishes that the diagnosed condition is causally related to the injury or event.

All 5 elements have been met

*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*



P.12(a)

AT&T 5G
1:27 PM
87%
January 9, 2024
4:52 PM
11:52 EST
Edit
Access Request Details
FECA
Status
APPROVED
Submitted On
12/25/2019 - 19:00 EST
Decision Date (Lower Court)
1573776000
Notice of Appearance
No document uploaded
OWCP # (last 4 digits)
4690
Last 4 digits of my case 062424
062424690
Organization:
Status Update Log
There is no status updates available for this filing.

0622124690

(P.13)

ST. LOUIS REQUESTER SERVICE CENTER

April 3, 2019

Linda C Chase
3940 Arbor Trace Drive, Unit R
Lynn Haven, FL 32444

RE: FOIA Case No. 2019-FPFD-00207

Dear Ms. Chase:

This responds to your Freedom of Information Act (FOIA) request dated April 2, 2019, in which you seek access to Postal Service records as follows:

> Report/investigation or OIG Audit Report concerning delayed/discarded mail for all zip codes in the Panama City installations as result of Hurricane Michael.

I AM ONLY RESPONSIBLE FOR ZIP CODE 32404

Based on the information provided by you, the agency official having jurisdiction over the subject matter of your request is David F. Martin, District Manager, United States Postal Service, P.O. Box 40005, Jacksonville, FL 32203-0005.

I have forwarded your request to that office for action and direct response to you. You may contact Tony Joy, Manager, Consumer & Industry Contact at 904/359-2771 with any questions.

Sincerely,

Brenda L. Rahe
Government Information Specialist

cc: Tony Joy, Manager, Consumer & Industry Contact

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MISSOURI 63155-9948
(314) 345-5894
FAX: (650) 578-4956

(P. 14)

EXHIBIT VI - STATEMENTS
EMPLOYEE STATEMENT
& OTHERS STATEMENTS.

062424690

April 30, 2019

To Whom it May Concern:

After Hurricane Michael, I was told to report to the GMF, Panama City. Since I was not part of Panama City, I was a little apprehensive. I heard stories of the former station manager, and was not happy having to report to such a place after suffering such damaging loss to my home, community, and the workplace that I have reported to for the last 19 plus years. When I walked into that building, I met an amazing woman....whom I later found out was a person of authority....while she was there, since I was out of place....I was very alert to any differences to the way I was being managed. I encountered a well oiled machine of management, with overwhelming obstacles... her zone was enormous compared to the station I worked at. I also noticed that our station and the 05 station was stationed there....and although we were traveling about 20-30 minutes one way depending on traffic...was an added burden to not only the carrier side, but the clerk side because we had to adapt to having minimal staff...and performing our duties in half the time....to enable the carriers to get to the street. I noticed the "04" zone was running as usual way ahead of our station and the 05 zone station. I noticed carriers who had a routine of performing their duties in an efficient way....so it alerted my attention to what they were doing different. I noticed a woman, whose work ethic baffled me. She was mobile the whole time....then something happened....I noticed mail backup....confusion, and a great deal of chaos. I asked the question to one of the workers....can't remember who...."where is Ms Linda?" And I was told vacation....and then I realized why the backup in not only the "04" zone, but the "05" zone as well. One day, I was asked by a man who I was told was the MPO his name is Dan to go to the "05" zone to straighten it out...I followed instructions. I basically moved all the backup mail into a neater pile to make it look like less of an eyesore since the Postmaster General was coming. The amount of mail still left behind after the storm didn't quite make sense to me. I noticed a great deal of confusion while Linda was on vacation and both of those zones couldn't quite catch up. I noticed a lot of what I call "spinning of the wheels" in those zones. I noticed the piled up mail was just being moved around. I noticed a lot of chiefs in the building but not enough Indians. I saw UBBM that I quietly said to myself, "we could build the wall that the president wants with all this backed up UBBM. Both zones 04 and 05 at this point had several feet of mail. The marriage mail was still on the pallets. Our station had those things broken down, and out to the carriers and even though our carriers had a forty minute travel time combined both ways, Kim who was here to temporarily help our postmaster was just as efficient as Linda. Our mail was moving and both of those zones was still weeks behind. Kim had to return to her station. It seemed like several weeks before I noticed a change and I looked up and sure enough Ms Linda was back at the head and the mail started moving again. She had an enormous obstacle to fight when she got back. I felt like she walked into a bigger challenge that she left behind on leave. Things were moving while she was present. How do I know? My zone was placed right next to hers. I had at least ten days worth of mail to break down in the beginning. I spent a lot of time next to her zone. When you're in a strange environment, you are on alert to any differences. When Linda got back things started to improve. Why did I pay so much attention to her? She exemplified efficiency in the post office that is rare. We have a great product, however there's a great deal of waste, confusion, good ole boy syndrome here in the 324, a great deal of bullying that management not only participated in but encouraged. Linda

32404

32404

She came on Wed. 10/31. THE LAST DAY THE CIRCULAR WERE SUPPOSED TO BE DELIVERED THE IN HOME DATES ARE TUES 10/30/2018 + WED 10/31/2018

THE LAST TUES/WED OF THE MONTH.

RCVD USDC FLND PN FEB 16 ... JFJ

062424690 (P14a)

exemplifies great leadership abilities, she gives constructive criticism, and runs an efficient zone. I later noticed she was gone again, and couldn't understand why. I also noticed the mail backed up again, supervisors running around in circles, breaking down mail, scanning packages, and disgruntled employees.

I am not sure what is going on and why Ms Linda is no longer at the helm, what I do know is the postal service is making an enormous mistake by her absence. There are very few people in authority that run as efficiently as Ms Linda. She followed instructions from her superiors because she is as respectful to them as she is to the lower "employees". It is a shame how the 324 always has a fall guy and that the good ole boy syndrome is always a part of any type of discipline. I am not sure why Linda is out, and honestly don't care but I do know that you are missing out on a fair and impartial and most amazing leader I have encountered in my 22 years at the post office.

While I witnessed her in charge the mail always moved. The carriers and clerks were organized. Afterwards, not taking away from anyone who was there at this point, but I encountered a much more organized, and respectful work atmosphere when Linda Chase was there.

Respectfully,

4/30/19

Venus M. Weaver
Sales Associate
Lynn Haven, Florida 32444

LYNN HAVEN FL 32444
APR 30 2019
USPS

OWCP CASE # 062424690

EMPLOYEE STATEMENT

(15)

May 3, 2019

To whom this may concern:

At the end of December, Linda Chase informed me that she would be retiring from the United States Postal Service because she told Andrea Ford to throw away a pallet of circulars. She thought that's what her boss had instructed her to do when he said to get rid of the delayed mail. She was worried that the exact same thing that happened to her at a Post Office in Indiana was going to happen here in Panama City.

DAN

Lawren C. Griffin

Lawren C. Griffin

PTF Clerk, Wewahitchka

062424690 (p.16)

To Whom it may Concern!

I Rand Singleton am writing this letter in support of Ms. Linda Chase or those that worked for her "Ms. Linda"!

Ms Linda's Character is above reproach in my opinion! Although we did not always agree. She has always stood firm in her decisions.

As an RCA I was sent from my primary office (The GMF) to other locations to many times to Count! I wasn't always happy but did as I was told!

Ms. Chase had to make many hard decisions after Hurricaine Michael! Some that were not very Popular with RCA's, CCA's + clerk alike!

*Even through this she ensured mail delivery! She also Cares about the people that work for her, Ms Linda has a firm hand but cares and understands the concern of her workers, at work or home!

What it comes down to in my opinion is she is a great leader, manager and person. I would rate her in my top 3 leaders + Managers I've ever worked for in my career / life, this includes my 26 yrs I Served in the U.S. Air Force!

Rand A. Singleton

NEW EVIDENCE

P.17

062424690

December 12, 2019

This statement is for Ms. Linda Chase. My name is Nivea Rambo but everybody calls me Peaches. I was just sworn in as NALC Vice President and I became the steward for Eastside GMF earlier this year. Ms. Linda was the manager for Eastside GMF. When were started back working after the hurricane, we worked at lot of hours, but Ms. Linda always made a way for us to take care of our business after the hurricane hit. Ms. Linda had me case and run 408 because Jamaal was on military duty. One day in October 2018, a clerk from Lynn Haven asked me where was Ms. Linda. I told her she was on vacation. I don't know the clerk's name. I just know we would talk when I took the UPS mail to the Lynn Haven side every day. We had a lot of mail and I know for a fact I didn't carry the circulars for October on 408. I think Ms. Linda came back from vacation in November. I remember one day Ms. Linda put me on 302. 302 wasn't a full route so I cased it and ran parcels to help other carriers, but most of the time I ran 408. After Christmas, Ms. Linda stopped coming to work. Sometime after Ms. Linda was gone, I notice a lot of mail on floats. I noticed the mail when I was taking the UPS mail to the Lynn Haven side. Some of the floats were in the empty room behind the supervisor desk that's next to the carriers supply room. Some floats were outside the room on the workroom floor. I ask the supervisor Reagan why the mail was there. I said somebody is going to get in trouble. Reagan said don't worry about. I'll take care of it. One day I saw Joy Beaver talking to one of the men from the district. I don't know his name. I heard Joy say something about Ms. Linda and I told Mr. El about it. Ms. Linda was one of the best managers I worked for. Everybody like Ms. Linda because she was fair and honest. I remember one time before the hurricane I was running Tyndall, route 302. I turned in a 3996 for 3 hours. Ms. Linda came out in the rain to ride the route with me. Most supervisors and managers would argue with carriers, but Ms. Linda came out to see for herself. Since Ms. Linda has been out, I have filed so many grievances. Ms. Linda always treaty the employees with dignity and respect.

— 32404 THE "04" ZONE

VENUS WEAVER IS THE LYNN HAVEN EMPLOYEE

Nivea Rambo

12-12-19